1  SETH E. PIERCE (SBN 186576)
     sep@msk.com
2  AARON M. WAIS (SBN 250671)
     amw@msk.com
3  NAOMI STRAUS (SBN 287804)
     nxs@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, CA  90064-1683
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Plaintiff American Bullion, Inc.

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  AMERICAN BULLION, INC.,          CASE NO. _____

12              Plaintiff,

13        v.                         **COMPLAINT FOR:**

14
    REGAL ASSETS, LLC; Tyler
15  Gallagher, an individual; Kelly Felix, an   **(1) FALSE OR MISLEADING
    individual; and Does 1· ʃ0 , inclusive.    ADVERTISING [15 U.S.C. § 1125(A)**
16
                                     **(2) FALSE OR MISLEADING
17                                   ADVERTISING [CAL. BUS. &
                                     PROF. CODE § 17500 et seq];**
18              Defendants.
                                     **(3) UNFAIR COMPETITION [CAL.
19                                   BUS. & PROF. CODE §17200 et seq
                                     AND COMMON LAW];**
20
                                     **(4) UNFAIR BUSINESS PRACTICES
21                                   [CAL. BUS. & PROF. CODE §17200
                                     et seq AND COMMON LAW];**
22
                                     **(5) TRADE LIBEL;**
23
                                     **(6) DEFAMATION; AND**
24
                                     **(7) INTENTIONAL
25                                   INTERFERENCE WITH
                                     PROSPECTIVE ECONOMIC
26                                   ADVANTAGE.**

27                                   **DEMAND FOR JURY TRIAL**

28

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

CV14-01873-DDP(ASx)

COPY

Plaintiff American Bullion, Inc. ("American Bullion" or "Plaintiff") by its attorneys, alleges as follows:

## NATURE OF THE ACTION

1.     American Bullion and defendant Regal Assets, LLC ("Regal Assets") are competitors in the field of adding gold or other precious metals to clients' individual retirement accounts, as well as converting existing retirement accounts into precious metals.  Upon information and belief, Regal Assets and its owners, defendants Tyler Gallagher ("Gallagher") and Kelly Felix ("Felix") (Gallagher and Felix collectively are the "individual Defendants" and together with Regal Assets are "Defendants"), among other things, have created and are operating an affiliate website program that is designed to mislead the public and divert business from American Bullion to Regal Assets.

2.     Through the guise of its affiliate program, Defendants have created or directed others to create websites that purport to be independent consumer review websites but, in reality, are transparently designed to promote and advertise Regal Assets and disparage its competitors, including American Bullion.  In furtherance of this goal, these websites are rife with false content, fail to disclose their connection to Regal Assets, and publish fraudulent, false, misleading and defamatory reviews of American Bullion.

3.     Defendants' actions are knowing, willful, and malicious.  They have caused, and are continuing to cause, severe and irreparable damage to American Bullion.  Accordingly, Plaintiff is entitled to relief under the Lanham Act and California law, including injunctive relief, compensatory damages, Defendants' unjust profits, treble damages, and attorney's fees and costs.

1

**JURISDICTION AND VENUE**

2     4.     This is an action arising in part under the Lanham Act, 15 U.S.C.

3   § 1051, *et seq.* and under California statutory and common law.

4     5.     This Court has subject matter jurisdiction over this matter pursuant to

5   15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and (b) in that it involves an

6   action arising under the Lanham Act, and has supplemental jurisdiction pursuant to

7   28 U.S.C. § 1367 over those claims of American Bullion that arise under the laws

8   of the State of California.

9     6.     Defendants are subject to personal jurisdiction in the State of

10   California because the unlawful conduct complained of herein causes injury in this

11   judicial district; Defendants have directed their activities at Plaintiff, a California

12   Corporation; upon information and belief, Regal Assets is a California Corporation

13   with its principal place of business in California; upon information and belief, the

14   individual Defendants are residents of the State of California; and Defendants

15   transact business and offer their services for sale in this judicial district.

16     7.     Venue is proper in this judicial district pursuant to 28 U.S.C.

17   § 1391(b) in that a substantial part of the events giving rise to this Complaint

18   occurred in this judicial district; upon information and belief, Regal Assets has its

19   principal place of business in this judicial district and Gallagher resides in this

20   judicial district; and Defendants do business in this judicial district.

21

22

**THE PARTIES**

23     8.     Plaintiff is a California Corporation with its principal place of

24   business in Los Angeles, California.

25     9.     Plaintiff is informed and believes, and on that basis avers, that at all

26   times relevant herein, Regal Assets is and was a California Limited Liability

27   Company with its principal place of business in Burbank, CA.

28

10.     Plaintiff is informed and believes, and on that basis avers that at all times relevant herein, Gallagher is and was an individual residing in Los Angeles County, California and is the Chief Executive Officer and an owner of Regal Assets.

11.     Plaintiff is informed and believes, and on that basis avers, that Felix is and was an individual residing in San Diego County, California, is a part owner of Regal Assets, as well as the owner, operator, and creator of certain affiliate websites, including but not limited to http://imfsite.org; and the affiliate marketing website www.bringthefresh.com, through which he solicits "affiliates" for Regal Assets.

12.     Plaintiff is informed and believes, and on that basis avers, that at all times herein mentioned there existed a unity of interest and ownership between Regal Assets, on the one hand, and the individual Defendants, on the other hand, such that any individuality or separateness between them ceased.  The individual Defendants were and are the alter egos of Regal Assets and, at all times herein mentioned, Regal Assets has been the mere shell, instrumentality, and conduit through which the individual Defendants have carried on business, exercising complete control over Regal Assets to the extent that any individuality or separateness of Regal Assets does not exist.

13.     Plaintiff is unaware of the true names or capacities of the defendants sued herein under the fictitious names Does 1 through 200, inclusive.  Plaintiff is informed and believes, and on that basis avers, that Plaintiffs 1 through 200, and each of them, either directly performed the acts alleged herein or were acting as the agent, principal, alter ego, employee, representative, or otherwise participated in the acts alleged herein with Defendants.  According, defendants Does 1 through 200 are each liable for all of the acts alleged herein because they were the cause in fact and proximate cause of all injuries suffered by Plaintiff as alleged herein.

Mitchell
Silberberg &
Knupp LLP

5910925.6

4

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1   Plaintiff will amend the Complaint to state the true names of defendants Does 1

2   through 200 when their identities are discovered

3         14.     At all times herein mentioned, each defendant was the agent, aider

4   and abettor, and/or co-conspirator of one or more of the other defendants, was

5   acting within the course and scope of the agency and/or in furtherance of such

6   conspiracy, and aided and assisted one or more of the other defendants in

7   committing the wrongful acts alleged herein, and is liable to Plaintiff as alleged

8   herein.

9

10                          **GENERAL ALLEGATIONS**

11                      **Plaintiff's Business and Reputation**

12        15.     For years, American Bullion has been and is a trusted leader for

13   adding gold or other precious metals to clients' individual retirement accounts

14   (each an "IRA") and converting existing or former retirement accounts into

15   precious metals.  It also specializes in providing investors with a wide range of

16   physical products delivered safely and securely to their doors.

17        16.     American Bullion promotes itself nationally using the trade name

18   American Bullion.  American Bullion also promotes and offers its services, in part,

19   through a website using the domain name www.americanbullion.com.

20        17.     American Bullion generates business and promotes itself through

21   results yielded by online search engines in response to queries from potential

22   clients looking for precious metal IRA services.  American Bullion also relies on

23   word-of-mouth, including reviews and recommendations on the internet, to

24   generate business.

25        18.     American Bullion has invested enormous time, effort, and resources

26   advertising and promoting its high quality services under and in connection with

27   the American Bullion trade name, and in encouraging satisfied customers to spread

28   the word via online reviews.

Mitchell
Silberberg &
Knupp LLP

5910925.6

                                          5

19.     Accordingly, online reviews and recommendations are extremely valuable to American Bullion, and crucial to the continued vitality and growth of American Bullion's business.

## Defendants' Unfair and Unlawful Conduct

### A.     The Regal Assets Affiliate Program

20.     Affiliate marketing is a type of performance-based marketing in which a business pays compensation to affiliates (whether individuals or companies) for referred business.  In short, the affiliates promote the business on their own, including through separate websites, and are compensated for each visitor or customer brought to the business by the affiliate's own marketing efforts.  Marketing efforts vary from placing banners and ads for the business on the affiliated website to the affiliate recommending or positively reviewing the business.  Affiliate marketing has been around for years and, in and of itself, there is nothing inherently illegal or improper about it.

21.     American Bullion is informed and believes, and on that basis avers, that Regal Assets is also in the business of adding precious metals to clients' retirement accounts and converting existing retirement accounts into precious metals.

22.     Like American Bullion, Regal Assets promotes itself online and generates business through results yielded by online search engines in response to queries from potential clients looking for precious metal IRA services.

23.     Unlike American Bullion, however, Regal Assets has created and is operating an affiliate website program for the purpose of falsely promoting itself and disparaging its competitors, including American Bullion.  This is done through the use of so-called affiliate websites that purport to be independent consumer review websites but are owned, operated or controlled by Regal Assets.  These

1   websites include false content and fraudulent, false, misleading and defamatory

2   reviews of American Bullion (hereinafter "Affiliate Website(s)").

3      24.    American Bullion is informed and believes, and on that basis avers

4   that the Affiliate Websites are fraudulent, unfair and misleading in the following

5   respects:

6          **1.     The Affiliate Websites are not in any sense independent.**

7      25.    The Affiliate Websites present themselves as independent websites

8   that provide reviews of precious metal companies in an effort to inform consumers

9   of their choices.  American Bullion, however, is informed and believes, and on that

10  basis avers that these Affiliate Websites are not in any sense independent.

11     26.    First, upon information and belief, certain of the Affiliate Websites

12  are not "affiliates" at all but are owned and operated by Defendants.  To this end,

13  in public online statements, Felix has bragged that he is "not only a part owner of

14  Regal Assets," but "also run[s] traffic through my own affiliate accounts, with my

15  own affiliate sites."  *See* Exhibit 1.  In other words, while the Affiliate Websites

16  represent themselves to the public and potential clients as independent websites,

17  certain of them are in fact direct advertisements being made by the owners of

18  Regal Assets in an effort to drive traffic and clients to Regal Assets.

19     27.    A representative example is the website http://imfsite.org, which

20  American Bullion is informed and believes, and on that basis avers is owned and

21  operated by Felix.  IMFSite.org, which purports to provide information and articles

22  about the IMF, has a section dedicated to "reviews" of precious metal companies

23  that negatively reviews Regal Assets' competitors, including American Bullion,

24  and inevitably "recommends" Regal Assets to consumers.  *See* Exhibit 2.  At no

25  point does Felix disclose that the website is owned and operated by an owner of

26  Regal Assets.

27     28.    Second, upon information and belief, certain other Affiliate Websites

28  are owned independently of Defendants but were in fact created by Defendants.

Mitchell
Silberberg &
Knupp LLP

5910925.6

7

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1   Felix advises on his website www.bringthefresh.com that he will create for owners
2   of Affiliate Websites (each an "Affiliate" or collectively "Affiliates") "done for
3   you" or "DFY" sites: "instead of just sharing my strategies with you via my
4   monthly videos, and hoping that you understand and implement them perfectly...I
5   recently decided - WHY DON'T I JUST DO IT FOR YOU?  What I mean is...
6   why don't I just pretend YOUR site is MY site. And I'll build it FOR YOU." *See*
7   Exhibit 3.

8       29.    Third and finally, upon information and belief, Defendants provide
9   content to certain other Affiliate Websites and otherwise direct Affiliates about the
10  content to create, including negative reviews about American Bullion.

11

12      **2.**      **The Affiliate Websites fail to adequately disclose their**
13          **connection to Regal Assets.**

14      30.    Upon information and belief, the Affiliate Websites fail to adequately
15  disclose that they are owned or operated by Defendants or, alternatively, are
16  compensated by Regal Assets for their recommendation of Regal Assets and
17  negative review of American Bullion.  Upon information and belief, as to those
18  websites not owned or operated by Defendants, Defendants use a commission
19  structure to pay Affiliates (i) a percentage of the gross investment of those
20  customers referred to Regal Assets by the Affiliate Website; (ii) a commission on
21  second-tier commissions generated by Affiliate Websites attributable to the initial
22  Affiliate; and (iii) compensation for each lead or call.

23      31.    Despite the foregoing, upon information and belief, certain of the
24  Affiliate Websites contain no disclosure whatsoever of their connection to Regal
25  Assets.  Other Affiliate Websites disclose that they are compensated for reviews,
26  but intentionally fail to mention Regal Assets by name, instead misleadingly
27  making it appear as if they are compensated by several of the companies being
28  reviewed, when they are actually part of the Regal Assets affiliate program.

Mitchell
Silberberg &
Knupp LLP

5910925.6

8

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1

2 **3.     The Affiliate Websites contain false content.**

3       32.     Upon information and belief, Defendants either use, supply or direct

4 their Affiliates to use false content in an effort to gain the trust of consumers and

5 thereby fraudulently convince consumers to use Regal Assets and not American

6 Bullion.  This includes, but is not limited to, the creation of false biographies and

7 fake photographs of Affiliate Website "founders"; misstating the website owner's

8 credentials; and misstating the source of certain statements (which themselves are

9 false).

10      33.     IMFsite.org, for example, discloses that it is "not the official IMF. We

11 are an independently owned, professional organization, and committed to the

12 preservation of historical financial events. Our articles are researched very

13 carefully, held to the highest standards, and the opinions expressed are our own.

14 Occasionally we may be compensated by the companies we review" and that "[t]he

15 site is maintained & edited by Kelly Felix and a team of writers and researchers."

16 *See* Exhibit 2.  In reality, however, upon information and belief, the website is not

17 "independently owned," it is owned by Regal Assets (Felix is not identified on the

18 site as being associated with Regal Assets); the articles were not researched or

19 edited by Felix or anyone else associated with the website, but were plagiarized

20 from a former Stanford University website; and Felix is not compensated by

21 "companies we review," but only by Regal Assets.  The entire website is being

22 maintained to promote Regal Assets and disparage its competitors, including

23 American Bullion.

24

25      **4.     The Affiliate Websites disparage and defame American**

26         **Bullion in order to divert business to Regal Assets.**

27      34.     Regardless of who owns the Affiliate Website, how it is operated is

28 usually the same.  Each Affiliate Website discusses investing in precious metals,

Mitchell
Silberberg &
Knupp LLP

5910925.6

9

1   identifies certain of the companies in the field, and then purports to independently

2   review and compare the companies to each other.  To this end, each Affiliate

3   Website will inevitably include a "review" of American Bullion that is designed to

4   read like a genuine independent review when, upon information and belief, Regal

5   Assets either provides the content or directs the Affiliate on what to include.  The

6   reviews of American Bullion are negative and sometimes even include false,

7   disparaging and defamatory statements about American Bullion.

8        35.    The "reviewer" then gives Regal Assets a glowing review and an

9   unqualified recommendation.  On many Affiliate Websites, a recommendation of

10   Regal Assets and a link directing users to Regal Assets' website is included with

11   the review of American Bullion.

12        36.    These reviews are either literally false or implicitly false in the sense

13   that the website falsely states or implies that it is independent when it is not and

14   then disparages American Bullion, while lauding Regal Assets, thereby creating

15   the impression that an independent reviewer is recommending Regal Assets over

16   American Bullion when, in reality, the reviewer is either Regal Assets or being

17   paid by Regal Assets to recommend it.

18        37.    Moreover, certain other Affiliate Websites have published or are now

19   publishing deliberately defamatory statements about American Bullion, including

20   by falsely stating that American Bullion was a defendant in a lawsuit accusing it of

21   "running [a] precious metals scam" and a "Ponzi like scheme," and that its owner

22   (falsely identified as Ryan Nassbridges) was found guilty of fraud and later sued

23   by the U.S. Commodities and Futures Trade Commission.  True and correct copies

24   of examples of these statements are attached hereto as Exhibit 4.

25        38.    These statements are false.  The company that was the subject of the

26   aforementioned lawsuit was American Bullion Exchange, which is a separate

27   company from, and has no present or prior connection to American Bullion.

28

Mitchell
Silberberg &
Knupp LLP

5910925.6

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

1  39. Upon information and belief, Defendants know these statements are

2 false as they have been specifically advised that they are false, but Defendants are

3 still directing their Affiliates to disseminate the false statements. Thus, Regal

4 Assets' and its Affiliates' present and continued dissemination and publication of

5 false statements linking American Bullion to a lawsuit filed against an entirely

6 different company is knowing and malicious.

7    **5.** **Affiliate Websites use American Bullion's trade name to**

8      **divert consumers to Regal Assets' website.**

9  40. Finally, several of the Affiliate Websites go one step further, and

10 misleadingly divert web traffic intended for American Bullion directly to Regal

11 Assets by using mislabeled hyperlinks. For example,

12 http://www.silvergoldweekly.com/american-bullion-review/ instructs the user to

13 "Click here to visit AMERICAN BULLION," but the hyperlinks instead direct the

14 reader to Regal Assets' website.

15  **B.** **Regal Assets' Refusal to Correct Misstatements and Remove**

16    **Misleading Reviews.**

17  41. American Bullion has repeatedly requested that Regal Assets and its

18 Affiliates remove all references and "reviews" of American Bullion from the Regal

19 Assets Affiliate Websites, and also cease disseminating false statements about

20 American Bullion. Defendants have not complied with these requests.

21

22     **American Bullion Has Been Harmed And**

23    **Continues To Be Harmed By Regal Assets' Wrongdoing**.

24  42. American Bullion is informed and believes, and on that basis alleges

25 that the Affiliate Websites have generated multiple millions of dollars of sales for

26 Regal Assets (and in turn, millions of dollars of commissions for Defendants and

27 its affiliates) through these false and misleading reviews.

28

Mitchell
Silberberg &
Knupp LLP

5910925.6

11

43.   Upon information and belief, the Affiliate Websites have driven internet traffic and clients away from American Bullion, because customers are likely to believe the misleading statements in the reviews or simply will not take the time to navigate back to American Bullion's website after being falsely directed to Regal Assets instead.  American Bullion has lost several customers to Regal Assets, who have given as the reason for leaving "review sites," which American Bullion is informed and believe are Affiliate Websites.  American Bullion has lost profits as a direct result of Regal Assets and its Affiliates' false and misleading statements in their "reviews" and these false statements have injured American Bullion's business reputation and goodwill.

## FIRST CLAIM FOR RELIEF

[False or Misleading Advertising – 15 U.S.C. § 1125(a)]

[Against All Defendants]

44.   American Bullion realleges each and every allegation set forth in Paragraphs 1 through 43, inclusive, and incorporates them by reference herein.

45.   Defendants have created and are operating an affiliate website program that is designed to mislead the public and divert potential clients from American Bullion to Regal Assets through the use of websites that purport to be independent consumer review websites but, in reality, are transparently designed to promote Regal Assets and disparage its competitors, including American Bullion.

46.   In furtherance of this goal, these websites are rife with false content, fail to disclose their connection to Regal Assets, and publish statements about American Bullion and its business practices that are literally false, or if not literally false, are likely to deceive or confuse customers or prospective customers regarding the nature, characteristics, or quality of the services offered by American Bullion.

1   47.   Defendants have made these false and misleading statements in the

2   course of advertising their own services.

3   48.   These statements have or are likely to mislead or confuse consumers.

4   49.   American Bullion has already been, and is likely to be injured as a

5   result of the foregoing false statements, by a direct diversion of sales to Regal

6   Assets, in an amount to be determined at trial, and by a lessening of its good will,

7   in an amount to be determined at trial.

8   50.   Unless enjoined, Defendants' actions will continue to cause

9   substantial injury to Plaintiff.  Accordingly, Plaintiff is entitled to monetary and

10   equitable relief.

11   51.   Because this is an exceptional case involving calculated and willful

12   misconduct by Defendants, American Bullion is entitled to recover treble damages,

13   treble profits, and attorneys' fees under 15 U.S.C. § 1117(a).

14

15   **SECOND CLAIM FOR RELIEF**

16   [False or Misleading Advertising –Cal. Bus. & Prof. Code § 17500 *et seq.*]

17   [Against All Defendants]

18   52.   American Bullion realleges each and every allegation set forth in

19   Paragraphs 1 through 51, inclusive, and incorporates them by reference herein.

20   53.   Defendants have created and are operating an affiliate website

21   program that is designed to mislead the public and divert potential clients from

22   American Bullion to Regal Assets through the use of websites that purport to be

23   independent consumer review websites but, in reality, are transparently designed to

24   promote Regal Assets and disparage its competitors, including American Bullion.

25   54.   In furtherance of this goal, these websites are rife with false content,

26   fail to disclose their connection to Regal Assets, and publish statements about

27   American Bullion and its business practices that are untrue and misleading.

28

Mitchell
Silberberg &
Knupp LLP

5910925.6

13

55.     Defendants made these false and misleading statements in the course of advertising their own services.

56.     Past and prospective customers were or are likely to be deceived by these statements, as they will likely consider the statements made about American Bullion to be negative, and the statements made are likely to influence the consumer's decision as to whether to use American Bullion's service.

57.     American Bullion has already been, and is likely to be injured as a result of the foregoing false statements, by a direct diversion of sales to Regal Assets, in an amount to be determined at trial, and by a lessening of its good will, in an amount to be determined at trial.

58.     Unless enjoined, Defendants' actions will continue to cause substantial injury to Plaintiff.  Accordingly, Plaintiff is entitled to monetary and equitable relief.

59.     In addition to damages for lost sales, American Bullion is entitled to punitive damages pursuant to California Civil Code § 3294 because Defendants acted with actual malice, in an amount to be decided by the jury at trial.

**THIRD CLAIM FOR RELIEF**

[Unfair Competition – Cal. Bus. & Prof. Code § 17200 et seq. and Common Law]

[Against All Defendants]

60.     American Bullion realleges each and every allegation set forth in Paragraphs 1 through 59, inclusive, and incorporates them by reference herein.

61.     Based on the acts described herein, including but not limited to Defendants' knowing publication and distribution of false, misleading, and defamatory statements about American Bullion and its business practices, Defendants have engaged in unlawful business practices, including in violation of California Business and Professions Code § 17200 *et seq* and California common law.

62.    As a result of Defendant's aforesaid conduct, American Bullion has suffered substantial damage and irreparable harm constituting an injury for which American Bullion has no adequate remedy at law.  Unless this Court enjoins Defendant's conduct, American Bullion will continue to suffer irreparable harm. American Bullion also has suffered loss of profits and other damages as a result of Defendant's aforesaid conduct.  Accordingly, Plaintiff is entitled to preliminary and permanent injunctive relief pursuant to Cal. Bus. & Prof. Code § 17203.  On the statutory unfair competition claim, American Bullion seeks only disgorgement of profits and does not seek damages at law.

### FOURTH CLAIM FOR RELIEF

[Unfair Business Practices – Cal. Bus. & Prof. Code § 17200 *et seq.* and Common Law]

[Against All Defendants]

63.    American Bullion realleges each and every allegation set forth in Paragraphs 1 through 62, inclusive, and incorporates them by reference herein.

64.    Defendants' acts complained of herein, including but not limited to Defendants' knowing publication and distribution of false, misleading, and defamatory statements about American Bullion and its business practices, were intended to direct business to Regal Assets.  These statements unfairly affected American Bullion's business opportunities and fraudulently deceived customers shopping for precious metals services on the internet.

65.    As a result of Defendant's aforesaid conduct, American Bullion has suffered substantial damage and irreparable harm constituting an injury for which American Bullion has no adequate remedy at law.  Unless this Court enjoins Defendant's conduct, American Bullion will continue to suffer irreparable harm. American Bullion also has suffered loss of profits and other damages as a result of Defendant's aforesaid conduct.  Accordingly, Plaintiff is entitled to preliminary

1  and permanent injunctive relief pursuant to Cal. Bus. & Prof. Code § 17203. On

2  the statutory business practices claim, American Bullion seeks only disgorgement

3  of profits and does not seek damages at law.

4

5  ### FIFTH CLAIM FOR RELIEF

6  [Trade Libel]

7  66.   American Bullion realleges each and every allegation set forth in

8  Paragraphs 1 through 65, inclusive, and incorporates them by reference herein.

9  67.   Defendants have made and continue to make false and disparaging

10  statements, including but not limited to those statements identified in paragraph 37

11  above, as well as others to be proven at trial.

12  68.   Each of these statements was published on a website accessible

13  worldwide and accessed by others.

14  69.   American Bullion has already been, and is likely to be injured as a

15  result of the foregoing false statements, as these statements induce and exhort

16  others not to do business with American Bullion.

17  70.   As a direct and proximate result of Defendant's above-described

18  disparaging publications, American Bullion has sustained pecuniary loss in an

19  amount to be determined at trial. American Bullion has also suffered substantial

20  damage and irreparable harm constituting an injury for which American Bullion

21  has no adequate remedy at law. Unless this Court enjoins Defendant's conduct,

22  American Bullion will continue to suffer irreparable harm.

23  71.   In addition to damages for lost sales, American Bullion is entitled to

24  punitive damages pursuant to California Civil Code § 3294 because Defendants

25  acted with actual malice, in an amount to be decided by the jury at trial.

26  //

27  //

28  //

Mitchell
Silberberg &
Knupp LLP

5910925.6

16

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

## SIXTH CLAIM FOR RELIEF

[Defamation]

72.     American Bullion realleges each and every allegation set forth in Paragraphs 1 through 71, inclusive, and incorporates them by reference herein.

73.     Defendants have made and continue to make false and disparaging statements, including but not limited to those statements identified in paragraphs 37 above, as well as others to be proven at trial.

74.     Defendants had knowledge of the statements' falsity or acted with malice and/or reckless disregard for their falsity when they were made.

75.     The defamatory statements were published on websites available worldwide, including in this judicial district.

76.     By reason of the false and defamatory statements published by Defendants, American Bullion has been injured in its good name, reputation and business, portrayed in a false light and has been brought into disgrace and disrepute.

77.     As a direct and proximate result of Defendant's above-described defamatory publications, American Bullion has sustained damages in an amount to be determined at trial.

78.     Defendant's above-described publications were done with fraud and malice and were intended to cause injury to American Bullion.  American Bullion is, therefore, entitled to an award of punitive damages pursuant to California Civil Code § 3294.

79.     Defendant's acts have caused, and will continue to cause, irreparable injury to American Bullion.  American Bullion has no adequate remedy at law and unless this Court enjoins Defendant's conduct, American Bullion will continue to suffer irreparable harm.

//

Mitchell
Silberberg &
Knupp LLP

5910925.6

17

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

## SEVENTH CLAIM FOR RELIEF

[Intentional Interference With Prospective Economic Advantage]

80.     American Bullion realleges each and every allegation set forth in Paragraphs 1 through 79, inclusive, and incorporates them by reference herein.

81.     American Bullion had a reasonable probability of a prospective economic relationship with future customers seeking to invest in precious metals or convert their individual retirement accounts into precious metals, and a reasonable probability of a continuing economic relationship with its existing customers.

82.     Defendants knew of prospective and ongoing relationship between American Bullion and its customers, and intended to disrupt that relationship.

83.     Through the Affiliate Websites, including but not limited to the "reviews" of American Bullion, Defendants intentionally, wrongfully, and proximately caused disruptions in these prospective and ongoing relationships.

84.     Defendant's intentionally wrongful actions disrupted American Bullion's relationship with its existing customers and caused American Bullion to lose prospective customers, in an amount to be proven at trial, and American Bullion suffered harm to its reputation, in an amount to be determined at trial.

85.     Defendant's acts have caused, and will continue to cause, irreparable injury to American Bullion.  American Bullion has no adequate remedy at law and unless this Court enjoins Defendant's conduct, American Bullion will continue to suffer irreparable harm.

86.     Defendants' acts described above were performed with oppression, fraud, and malice.  Accordingly, American Bullion is entitled to punitive damages under California Civil Code § 3294 in an amount to be proven at trial.

//

//

**PRAYER FOR RELIEF**

WHEREFORE, American Bullion respectfully requests judgment against Defendants as follows:

1.    Directing Defendants to remove or ensure the removal of any and all references to American Bullion, including reviews and use of the American Bullion trade name, from all websites owned by Defendants or affiliated with Defendants, including the Affiliate Websites;

2.    Permanently enjoining Defendants from engaging in any unfair or unlawful activity, including but not limited to using or permitting the use of the American Bullion trade name or otherwise referring to or referencing American Bullion, including reviews, on any website owned by Defendants or affiliated with Defendants, including the Affiliate Website;

3.    Awarding American Bullion its actual damages in an amount to be proven at trial;

4.    Awarding American Bullion any and all profits earned by Defendants or their affiliates by reason of the unlawful acts complained of herein as provided by law;

5.    Awarding American Bullion exemplary damages, including punitive and treble damages, for Defendants' willful and malicious behavior and as provided by law;

6.    Awarding American Bullion its reasonable attorneys' fees, prejudgment interest, and costs of suit as provided by law; and

///

///

///

///

///

///

1    7.    Such other relief as the Court may deem just and proper.

2

3   DATED: March 12, 2014         SETH E. PIERCE
                                   AARON M. WAIS
4                                  NAOMI STRAUS
                                   MITCHELL SILBERBERG & KNUPP LLP
5

6                              By:  _____
7                                   Aaron M. Wais (SBN 250671)
                                    Attorneys for Plaintiff
8                                   American Bullion, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

20

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

1  ## DEMAND FOR JURY TRIAL

2  Plaintiff demands a trial by jury of all issues triable of right by jury.

3  DATED: March 12, 2014

SETH E. PIERCE
4  AARON M. WAIS
NAOMI STRAUS
5  MITCHELL SILBERBERG & KNUPP LLP

6

7  By: _____
Aaron M. Wais (SBN 250671)
8  Attorneys for Plaintiff
American Bullion, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

5910925.6

21

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

**EXHIBIT 1**



## Kelly Felix's Off-The-Cuff Blog
I'm just wingin' it.

ABOUT    DASHBOARD    CONSULTING    LOGIN

### Peak Inside My Own Regal Assets Affiliate Account

I'm not only the creator of the Regal Assets affiliate program. I also run traffic through my own affiliate accounts, with my own affiliate sites.

I do that so that I can not only TEACH people how to be successful affiliates, but so that I am also DOING it myself. So I know what works and what doesn't.

Some people are teachers. Some people are doers.

But I prefer to be both, because it makes me more well rounded, seeing both sides of the spectrum. And that helps me show others how to do have great success with the same programs I promote.

Here is a snapshot of the last few days inside one of my personal affiliate accounts.

You can see that I am having a lot of success with both quality leads and sales. Somewhere around $250k in pending deals in the last few days alone!

**Get Updates**

Email

First Name

Submit

**Recent Posts**

Regal Assets BIG Announcement

The most important thing I've worked on in 10 years.

Penguin 2.1 / Launch Jacking Webinar Replay

Peak Inside My Own Regal Assets Affiliate Account



🔅 Peak Inside My Own Regal Assets Affiliate Account | Kelly Felix's Off The Cuff Blog - Windows Internet Explorer provided by MSK

File   Edit   View   Favorites   Tools

http://kellyfelix.com/peak-inside-my-own-regal-assets-affiliate-account/

🔅 We Just Joined Inc 500 List!

🔅 The Highest Paying Precious Metals Affiliate Program in the World...

🔅 I'm Better Than You?

🔅 Un-Natural Google Links cuz You're Naughty...

🔅 It's all about the Gold.

🔅 $16,000 In 6 Hours Of Work – Special Thanks

One of my business idols is Warren Buffett and one of my favorite reads is his famous article in Parade Magazine, entitled 10 Ways to Get Rich.

News Archives

🔅 March 2014
🔅 December 2013
🔅 October 2013
🔅 August 2013
🔅 April 2012
🔅 October 2011

(click the image to enlarge)

In this video I log in to one of my affiliate accounts, so you can see $20k in earnings in just 30 days:

BECOME A
REGAL ASSETS AFFILIATE

APPLY NOW ▶

What Will You Achieve with the Regal Assets
Affiliate Program?

You can become an affiliate at http://www.regalgoldaffiliates.com

I highly recommend becoming an affiliate (obviously), because there's just nothing else like this program anywhere. If you have questions, I'm always here to help inside of the BTF forum at http://www.bringthefresh.com/forum

Posted: August 23rd, 2013 under bring the fresh, regal assets.

Tags: affiliates, bring the fresh, regal assets

🟩 Start      🔅 Peak Insi...

4:26 PM
3/11/2014

2



Posted: August 23rd, 2013 under bring the fresh, regal assets.

Tags: affiliates, bring the fresh, regal assets

## Comments

**Comment from Mike Williams**
November 15, 2013 at 12:12 pm

I am about to start up...having read the affiliate program agreement, and have received the 4 digit code. Don't have a site up...will either blog or Squnido this opportunity. Will get some help for banner and text with. Fiverr and oDesk. What about all the legal jargon etc...do I need an attorney?

**Comment from Jock**
December 5, 2013 at 5:00 pm

Kelly, I just became an affiliate and more than anything I am really excited about the prospects in working with you guys and hope it wont be too long before I reach the leaderboard. I would love to know what you think of my format into gold.

## Write a comment

Name:

E mail:

URL:

Message:

Submit!

---

### Categories

* ♕ bring the fresh
* ♕ Guest Post
* ♕ product reviews
* ♕ rants
* ♕ regal assets

---

* ♕ April 2012
* ♕ October 2011
* ♕ July 2011
* ♕ June 2011
* ♕ May 2011
* ♕ April 2011
* ♕ March 2011
* ♕ February 2011
* ♕ January 2011
* ♕ December 2010
* ♕ November 2010
* ♕ September 2010
* ♕ July 2010
* ♕ June 2010
* ♕ May 2010
* ♕ April 2010
* ♕ March 2010
* ♕ February 2010
* ♕ January 2010
* ♕ December 2009
* ♕ November 2009

3



Categories
- bring the fresh
- Guest Post
- product reviews
- rants
- regal assets
- rich jerk
- seminars
- seo
- stuff I recommend
- success stories
- thanks
- Uncategorized
- videos
- webinars
- Welcome

Links
- Bring the Fresh
- Regal Assets

Design by Techdesigns.co.uk.

Submit!

All content copyright © 2014 Kelly Felix's Off-The-Cuff Blog

Powered by WishList Member - Membership Site Software

**EXHIBIT 2**



International Monetary Fund (IMF) - Origins, Purpose, News & Gold... - IMF - Windows Internet Explorer provided by HSK

http://imfsite.org

– IMF News
– Gold & Silver Updates
– Economic Triggers

## INTERNATIONAL MONETARY FUND

Home    History of the IMF    IMF News    IMF Official    World Bank    Gold IRA Companies Reviewed    Live Gold Price

# International Monetary Fund (IMF) – Origins, Purpose, News & Gold.

The idea of creating a body that could foster international monetary cooperation started at the Bretton Woods conference that took place in New Hampshire, United States in July 1944. During this conference, 44 governments agreed to create a body that could oversee economic cooperation with the aim of avoiding financial turmoil and currency devaluations that had contributed to crises such as the great depression in the 1930s. Two years later in 1946, 46 countries came together to create the International Monetary Fund (IMF). Currently, this organization has a membership of 188 countries.

### Origin

Before the start of the Second World War, there was no single international system governing trade or even monetary policies. Whenever a country faced economic difficulties, it tried to deal with its issues in its own way. This created a huge problem because countries would adopt protectionist trade policies to safeguard their industries from goods produced by other countries. For this reason, economic crises became frequent leading to unstable currency exchanges, economic depressions, and currency devaluations. As a result, governments that attended the United Nations Monetary and Financial Conference in NH in 1944 sought to cooperate in order to foster greater economic stability in the world.

### International Monetary Fund (IMF) Purpose and Objectives

The aim of setting up a global monetary policy was threefold: foster monetary stability, facilitate trade, and fix balance-of-payments problems by making it easy for member countries to access short term financing. These aspects would make international trade easier, enhance economic growth, and reduce poverty rates.

### How the IMF Works

International Monetary Fund (IMF) - Origins, Purpose, News & Gold

The IMF & Gold

Origins

Operations

Financing Programs

Conditionality

IMF Annual Meetings

Past Financing Initiatives

IMF Mission?

Abolish the IMF?

Reform Proposals

Current Spot Gold Price & News

IMF News

Gold IRA Companies Reviewed by Our Experts

*Disclosure: We are not the official IMF. We are an independently owned, professional organization, and*

| Home | History of the IMF | IMF News | IMF Official | World Bank | Gold IRA Companies Reviewed | Live Gold Price |

# International Monetary Fund (IMF) – Origins, Purpose, News & Gold.

The idea of creating a body that could foster international monetary cooperation started at the Bretton Woods conference that took place in New Hampshire, United States in July 1944. During this conference, 44 governments agreed to create a body that could oversee economic cooperation with the aim of avoiding financial turmoil and currency devaluations that had contributed to crises such as the great depression in the 1930s. Two years later in 1946, 46 countries came together to create the International Monetary Fund (IMF). Currently, this organization has a membership of 188 countries.

## Origin

Before the start of the Second World War, there was no single international system governing trade or even monetary policies. Whenever a country faced economic difficulties, it tried to deal with its issues in its own way. This created a huge problem because countries would adopt protectionist trade policies to safeguard their industries from goods produced by other countries. For this reason, economic crises became frequent leading to unstable currency exchanges, economic depressions, and currency devaluations. As a result, governments that attended the United Nations Monetary and Financial Conference in NH in 1944 sought to cooperate in order to foster greater economic stability in the world.

## International Monetary Fund (IMF) Purpose and Objectives

The aim of setting up a global monetary policy was threefold: foster monetary stability, facilitate trade, and fix balance-of-payments problems by making it easy for member countries to access short-term financing. These aspects would make international trade easier, enhance economic growth, and reduce poverty rates.

## How the IMF Works

At the top of the International Monetary Fund is a three tiered governance body that consists of a board of governors, an executive board, and a managing director. Out of these, the board of governors is in charge of making monetary policy with each member country having a

*International Monetary Fund (IMF)*
*- Origins, Purpose, News & Gold*

*The IMF & Gold*

*Origins*

*Operations*

*Financing Programs*

*Conditionality*

*IMF Annual Meetings*

*Past Financing Initiatives*

*IMF Mission?*

*Abolish the IMF?*

*Reform Proposals*

*Current Spot Gold Price & News*

*IMF News*

*Gold IRA Companies Reviewed by Our Experts*

*Disclosure: We are not the official IMF. We are an independently owned, professional organization, and committed to the preservation of historical financial events. Our articles are researched very carefully, held to the highest*

International Monetary Fund (IMF) – Origins, Purpose, News & Gold. « IMF

representative (usually a central bank governor or finance minister). In addition, the Board of Governors elects an International Monetary and Financial Committee (IMFC) that meets two times every year to deliberate on economic and monetary issues that affect the world. After its deliberations, it makes its recommendations to the board of governors.

The executive board is in charge of the IMF's day-to-day operations including lending money to member countries. This board consists of 24 members and meets at least thrice every week to oversee daily operations. It is the duty of the executive board to select the IMF's managing director to serve for a renewable five-year period. In turn, the managing director is in charge of supervising the fund's 2,800 employees as well as scrutinizing loan proposals. Traditionally, European nations nominate a candidate for the managing director's post while the post of deputy managing director goes to a US citizen.

Besides the governance structure, member countries contribute money to IMF. Each country's contribution or quota depends on factors such as gross domestic product and trade with other countries. Furthermore, each country's quota level determines its capacity to access IMF loans, voting power, and subscriptions. According to figures published by the fund, the total number of quota subscriptions available to members stands at 238 billion IMF Special Drawing Rights (SDRs).

**Voting System**

Before implementing certain policies, members must vote to approve or disapprove such decisions. To start with, the board of governors has the power to approve loans and policy decisions through a simple majority vote. In most cases, a 70 percent voting majority is enough to approve such decisions. Certain issues such as admitting a new member require an 85 percent vote majority. However, a study carried out and published by the Congressional Research Service found that 10 countries control 52.35% of the total votes. These countries include the US (16.75%), Japan (6.23 percent), Germany (5.81%), France (4.29%), UK (4.29%), China (3.81%), Italy (3.16%), Saudi Arabia (2.80%), Canada (2.56%), and Russia (2.39%).

**Loan Programs**

In general, the IMF has several financial assistance programs that member countries can access including the Stand-By Arrangement, the Extended Fund facility (EFF), the Flexible Credit Line (FCL), the Rapid Credit Facility (RCF), the Post-Catastrophe Debt Relief (PCDR) tryst fund, the Policy Support Instrument (PSI), and the Precautionary and Liquidity Line (PLL). Each of these loan programs addresses a particular need. For example, the PCDR is available to low income countries that experience devastating natural disasters such as earthquakes or floods. Some of the countries that have benefited from these loan programs in recent years include Greece, Colombia, Mexico, Macedonia, Poland, and Haiti. As of February 2013, the fund's loan portfolio stood at more than $144.6 billion.

**Technical Assistance**

Besides financial assistance, the IMF also provides technical assistance to member countries. This includes provision of expertise in financial sector management, macroeconomic policy planning, as well as streamlining tax and revenue collection. In most cases, beneficiaries of this assistance are low and middle-income countries.

**The IMF and Gold**

standards, and the opinions expressed are our own. Occasionally we may be compensated by the companies we review.

Author

This site is maintained & edited by Kelly Felix and a team of writers and researchers.

International Monetary Fund (IMF) - Origins, Purpose, News & Gold. « IMF

Before the collapse of the Bretton Woods system of fixed exchange rates, gold was a key pillar of the global monetary system. In fact, members had to pay 25 percent of their quota subscriptions in gold. Furthermore, members could pay loans using gold. As a result, the fund acquired large reserves of gold totaling 2,814.1 metric tons.

In 1978, an amendment to the fund's Articles of Agreement limited the role of gold in the world's monetary system. Since then, the fund has sold some of its gold reserves. Statistics published by the fund show that it approved the sale of 403.3 metric tons of gold in September 2009. This was by far one of the largest sales of gold approved by the executive board. This represented one eighth of the Fund's total holdings at that time. The metals were sold to the Reserve Bank of India, the Bank of Mauritius, the Central Bank of Sri Lanka, and the Bangladesh Bank.

The IMF's reasoning for selling gold is to increase their ability to provide loans to low income countries. The profits from the sales are distributed to countries who provide assurances that the money will go towards making an equal contribution to support concessional lending to low-income countries. Gold sales have also taken place in 1999-2000, 1976-1980, and 1970-1971.

Overall, the International Monetary Fund is a major player in the world's economy. It plays a big role in fostering financial stability and raising the living standards of all humans. This has become necessary following the 2008 financial crisis as well as the current economic crisis affecting the Eurozone. At the same time, it provides financial assistance to members for purposes of correcting trade imbalances with other countries.

Below you can find further reading, and commentary by renowned experts.



How it all began, with greedy bankers and politicians



What is the mission and activities of the IMF, and how does the fund make its decisions? The IMF and its critics respond.



What are the various IMF financing programs, how do they work, what are their objectives, and have they been effective?

International Monetary Fund (IMF) - Origins, Purpose, News & Gold. « IMF



Explore the history, role, operations, and effectiveness of IMF conditionality. Does it encourage economic and political reform, or does it contribute to financial crises?



Study the pros and cons of recent IMF financing programs in Africa, East Asia, Eastern Europe, Latin America, and Russia.



Should IMF financing decisions consider human rights, government corruption, geopolitics, social safety nets, and environmental issues in borrowing countries?



Examine recent proposals to reform the IMF that were offered by major industrial countries and leading scholars.



Is the IMF "ineffective, unnecessary, and obsolete," or is it "indispensable" for international financial stability? Read opposing viewpoints and decide for yourself.



Read news stories and commentaries on the annual meetings of the IMF.



Read our reviews of the top online gold dealers.

Incoming search terms:

- InternationalMonetaryFund(IMF)-Origins Purpose News&Gold
- international monetary fund purpose
- imf a major player in international systems
- origin of imf
- origin of international monetary fund
- IMF 44 governments
- 44 major countries of the i m f
- what are the origin of international monetary fund
- international monetary fund history
- the international monetary fund imf

© IMFsite.org - 2014

Home About Contact

*This is not the official website for the IMF. The views expressed on this website are entirely those of the authors of each article.

Home | History of the IMF | IMF News | IMF Official | World Bank | Gold IRA Companies Reviewed | Live Gold Price

# American Bullion Review

**American Bullion Review** (updated October 2013)

| Website | Phone | Fees | BBB Rating | Trustlink Rating | BCA Complaints |
|---|---|---|---|---|---|
| AmericanBullion.com | 800-326-9598 | Scaled based on amount. | A | ★★★★☆ | 15 Complaints |

**Summary: NOT RECOMMENDED due to complaints and markup percentage.**

*Also be sure to read our thorough review of Regal Assets, which is our #1 recommended gold dealer online.*

American Bullion (AB) is a precious metals company offering varied investment services to the American consumer, since 2009. Based in Los Angeles, AB provides private investors comprehensive information and guidance in dealing with precious metals, apart from handling the necessary paperwork to complete the preferred transactions.

Dealing in precious metals is no easy task even for a seasoned investor, as it needs a trained eye in managing the nuances of these markets. In addition to gold and silver, AB also specializes in the purchase and sale of platinum, as well as palladium, allowing a greater choice for those interested in owning these metals. The company features a wide range of investment options on its website, providing detailed information on each.

International Monetary Fund (IMF) - Origins, Purpose, News & Gold

The IMF & Gold

Origins

Operations

Financing Programs

Conditionality

IMF Annual Meetings

Past Financing Initiatives

IMF Mission?

Abolish the IMF?

Reform Proposals

Current Spot Gold Price & News

IMF News

Gold IRA Companies Reviewed by Our Experts

Disclosure: We are not the official IMF. We are an independently

American Bullion seems to enjoy the trust of a small group of satisfied customers, going by the positive testimonials on their website. The company is known to have a staff that can provide information about each type of investment, but based multiple 3rd party reviews, it is not clear whether or not they have the necessary expertise and experience in dealing with customer requirements.

There are many complaints about AB that have reportedly gone unresolved, according to the Business Consumer Alliance.

Example: "I am a 70 yr/old pastor who was led to believe I was buying gold at a fair price… I was charged $2,625.00 per ounce for proof sets of Gold Eagles. Although it was never made clear to me that I was buying proof sets, the market price for this gold was approximately $1,700.00 per ounce… I was shocked when I realized that I had invested $90,681.03 in gold and silver that was worth only $60,036.00."

Given the above, it appears that American Bullion specializes in the sales of numismatic, or collector coins, when in some cases, the customer was unaware of this fact.

Consumers should beware of numismatic coins, as they are often subject to large, unregulated markup percentages. It is often difficult to profit with these coins.

**Offerings**

American Bullion specializes in dealing with precious metals in their physical form, extending its expertise in the field to handle precious metal self-directed IRAs (SDIRA) with equal prowess. AB also supports IRA rollovers from both Roth as well as 401K IRAs to precious metal IRAs 100% free of tax. Investors, accordingly, can opt for new precious metals SDIRA, or choose to rollover their existing IRAs.

The firm is versed with the rules and regulations related to precious metal IRAs and, accordingly, features suitable products on its site.

Physical products being available include coins, bars and ingots of numismatic value in present times. Also available are coins of both U.S. and European origin from the pre-1933 period, making them a precious collectible (or numismatic) as well.

Featured gold and silver coins include American Eagles, Austrian Philharmonics, and Canadian Maple Leafs, as well as American Eagles Proof coins. American Eagles and Canadian Maple Leafs platinum and palladium coins approved by IRA are also available with AB.

Several collectible coins, including the British Sovereign, St. Gaudens Double Eagle, Liberty Head Double Eagle, Swiss 20 Franc, French 20 Franc Rooster, and American gold bullion bars of both 1 and 10 ounces in weight are also available with AB.

Apart from offering support, AB also touts itself on the secure storage facilities being available to store the physical gold. It is worth noting that investing in precious metals via an IRA requires the metal to be held and transacted by an experienced IRA custodian. The

owned, professional organization, and committed to the preservation of historical financial events. Our articles are researched very carefully, held to the highest standards, and the opinions expressed are our own. Occasionally we may be compensated by the companies we review.

Author

This site is maintained & edited by Kelly Felix and a team of writers and researchers.

account holder is not permitted physical possession of the metal, nor is he involved in its purchase or sale. IRA owners can only request the custodian to invest a specific amount in a precious metal of their choice.

Private investors, however, can choose to buy or sell precious metals with the help of AB. Choice of the physical form of gold and purity, in this case, is not governed by the IRA and, hence, needs more careful attention and expert guidance to preserve the value of the investment.

## Accreditations

American bullion reportedly is a member of the Professional Coin Grading Services (PCGS), the American Numismatic Association (ANA) and the Industry Council of Tangible Assets (ICTA). Trading in gold bars, AB is also a dealer of the United States Mint.

## Ratings

Given the comprehensive set of offerings and experience in dealing with precious metals, AB enjoys moderately positive ratings with Trustlink, the Better Business Bureau and the Business Consumer Alliance. However, some customer reviews seem to contradict these ratings.

**Trustlink:** Rating: 4 Star

This rating is based on the fact that there are, in fact, very limited reviews available with this source.

**BBB Rating:** A

Two complaints closed with BBB in the last 6 months

**BCA Rating:** A

BCA has about 15 complaints against AB in the last 36 months. Complaints vary from lack of basic etiquette in customer interactions and unsolicited follow-ups, to losses incurred on gold IRA rollovers. False advertisements and lack of clarity on fee structure are few other complaints being recorded against the company.

## Pros and Cons

Investing in precious metals has now become a viable alternative to preserve wealth, irrespective of whether for retirement purposes or other future expenses. Not all investors are aware of the potential pitfalls or hidden expenses associated with this investment option.

American Bullion Review « IMF

• While the investment services and offerings of AB may suit a set of loyal investors, it is important for first-time investors to shop around for information on dealing with precious metals.

• Accreditation and expertise work in favor of AB, but customer reviews and complaints are not quite encouraging.

• AB offers a range of collectibles that can be of immense value to a numismatics enthusiast. Just be careful of markup fees.

• The company has tied up with Delaware Depository in Wilmington to securely handle storage needs of IRAs as stipulated by the IRS.

• Dealing in all four precious metals, AB allows the investor to effectively diversify his or her investment portfolio according to needs.

Customers can directly apply for an SDIRA by filling out an online application form and affix e-signatures as needed to complete the process. **This would, of course, be after carefully going through the elaborate fee structure featured on the web page.** Precious metals SDIRA attracts an annual account fee, storage fee (that differs based on whether the metal is held in a common store or separate store), transaction fees (for every purchase or sale of metal), as well as fees incurred on individual services, including a fee to terminate the account.

Those interested in investing in precious metals can check out the information given on American Bullion's website and, accordingly, contact their representative for more details.

However, due to the increasing number of complaints, the elaborate fee structure, and the short age of the company, **at this time we do not recommend American Bullion.**

| | Website | Phone | Fees | BBB Rating | Trustlink Rating | BCA Complaints |
|---|---|---|---|---|---|---|
| American Bullion | AmericanBullion.com | 800-326-9598 | Scaled based on amount. | A | ★★★★☆ | 15 Complaints |

## OUR RECOMMENDATION

Read our thorough review of Regal Assets, which is our #1 recommended gold dealer online. (including zero setup fees)

You can also read our reviews of other Gold IRA account dealers.

American Bullion Review « IMF

Incoming search terms:

- *american bullion*
- *american bullion reviews*
- *copper bullion bars for sale*
- *americanbullion*
- *morgan gold*
- *yhs-elex_22find*
- *american bullion complaints*
- *pre 1933 gold coins*
- *nickel bullion bars for sale*
- *purchase platinum*

*Home  About  Contact*

© IMFsite.org - 2014

*This is not the official website for the IMF. The views expressed on this website are entirely those of the authors of each article.

Regal Assets Review « IMF

| Home | History of the IMF | IMF News | IMF Official | World Bank | Gold IRA Companies Reviewed | Live Gold Price |

## Regal Assets Review

**Regal Assets Review** (updated October 2013):

| | Website | Phone | Fees | BBB Rating | Trustlink Rating | BCA Complaints |
|---|---|---|---|---|---|---|
| | RegalAssets.org | 855-712-0016 | $0 - zero setup fees. | A+ | ⭐⭐⭐⭐⭐ | 1 Complaint |

**Summary: RECOMMENDED**

Regal Assets deals in precious metals, and more specifically, they specialize in Gold & Silver IRA's. The company helps people acquire and sell precious metals, as well as open individual retirement accounts backed by these precious metals. They are located in Burbank, CA.

Regal has several hundred documented endorsements from customers, other companies and celebrities. With an A+ rating from the Better Business Bureau, and an A rating with Trust Link, Regal is frequently rated #1 by hundreds of financial authority websites.

Regal is also currently the 20th fastest growing Financial Services company in America according to Inc 500 Magazine.

**>>Short Summary<<-- Why We Recommend Regal:**

**Excellent Reputation, Zero Setup Fees on IRA's, Hundreds of 3rd Party Verified Customer Testimonials, Pleasant Brokers (Not Pushy) Willing to Answer Questions Over the Phone**

*International Monetary Fund (IMF) - Origins, Purpose, News & Gold.*

*The IMF & Gold*

*Origins*

*Operations*

*Financing Programs*

*Conditionality*

*IMF Annual Meetings*

*Past Financing Initiatives*

*IMF Mission?*

*Abolish the IMF?*

*Reform Proposals*

*Current Spot Gold Price & News*

*IMF News*

*Gold IRA Companies Reviewed by Our Experts*

*Disclosure: We are not the official IMF. We are an independently*

Regal Assets Review « IMF

Website: RegalAssets.org

Phone: 855-712-0016 (Call from 8am to 5pm PST with any questions)

- *Zero Setup Fees.*
- *Guaranteed buy back at spot value.*
- *A+ BBB Rating.*

## IRA Custodians

Regal Assets has a long standing relationship with a very well respected custodian which allows them to charge a very low annual fee (covered for the first year). Be sure to research this well before signing any documentation, as most companies rely on "Self Directed IRA Services" or "Goldstar Trust", both of which charge based upon the size of your account.

## Benefits:

Some of the pros include excellent customer service, a wide variety of financial services to choose from, fast availability of metals and collections in their catalog, fast delivery of purchased metals, zero reports of fraud, low commission rates (making the prices of metals close to spot prices), and a guaranteed buy back at spot prices; for people who want to sell their gold.

## Credibility

In this era when many scam companies fill the Internet and people have limited ways of identifying authentic companies, the Better Business Bureau (BBB), Business Consumer Alliance (BCA), Trust Link, the popular Forbes Magazine, RipOff Report, Insider pages and celebrities have all given Regal Assets a clean bill of health.

The BBB gives Regal Assets the highest rating in its system, while Trust Link and Insider Pages give Regal the highest rating they have as well. Regal has an AAA rating with BCA, and the popular, Inc 500 Magazine ranked them number 20 out of 6 million Financial Service Providers in America. The company received the 2013 award of Best in Burbank, for Financial Advisory Services. In addition, they were prominently featured in the 20th anniversary edition of Forbes magazine.

## Customer Service

*owned, professional organization, and committed to the preservation of historical financial events. Our articles are researched very carefully, held to the highest standards, and the opinions expressed are our own. Occasionally we may be compensated by the companies we review.*

Author

*This site is maintained & edited by Kelly Felix and a team of writers and researchers.*

Great welcome of clients, in any business, always creates a sense of security. Regal Assets, with its team of reportedly confident and friendly professionals, gives clients an initial orientation of the company, available services, and recommendations.

Clients receive a free investment kit delivered via priority mail. This kit includes magazines, dvd's, pamphlets and more, because Regal purportedly aims to make sure investors are "informed" before they are asked to purchase.

The company's service fees that may be charged are known to be the lowest in the industry, especially for retirement accounts, where they often run a "zero fees for the first year" promotion.

Regal Assets recognizes the unique needs that every client has, and as such provides several packages to choose from. Clients can invest as little as $5,000. Anything over $10,000 gets most of the fees (storage, rollover, etc) eliminated. Clients also reportedly receive guidance before and during their transactions, for peace of mind.

## Delivery of and payment for precious metals

Security of precious metals, during the transition to clients or custodians, is of utmost importance. Clients who wish to store their gold and other precious metals in third party depositories, get their deliveries made by Brinks Security Company, with additional security personnel. Storing physical precious metals in a safe 3rd party depository is essential for IRA accounts, as this helps avoid taxation.

Small purchases of precious metals get delivered directly to buyers through shipping companies such as FedEX, UPS and USPS, and are fully insured in discreet packaging. RA allows payments to be made up to 48 hours after delivery orders, and later for rollovers. The company accepts personal checks, money orders, bank wires and cashier's checks as means of payment.

## Affiliations

In addition to the high ratings and rankings by the BBB and other prominent review agencies, Regal Assets has alliances with other companies, authorities in the precious metals industry, and high profile celebrities; increasing its credibility. The widely recognized precious metals industry companies, where RA enjoys membership, include the (PCGS) Professional Coin Grading Service (PCGS), (NCS) Numismatic Conservation Service, (NGC) Numismatic Guaranty Corporation (NGC), the (CCE) Certified Coin Exchange and the Paper Money Guaranty Corporation (PMG), and the U.S. Mint.

RA has also been endorsed, to the public, by Dennis Miller, Alan Thicke, Rush Limbaugh, Lars Larson, Jerry Doyle, Laura Ingraham and other celebrities.

## Individual Retirement Account – Rollovers

Case 2:14-cv-01873-DDP-AS   Document 1   Filed 03/12/14   Page 42 of 50   Page ID #:47

Regal not only acts as a trading platform, where people can buy and sell precious metals, but also helps people open and run IRAs (individual retirement accounts). Gold, silver, platinum or palladium can all be added to retirement accounts. Precious metals investments, primarily for retirement, offer more security for the future than other retirement plans (Roth, 401k, traditional) because they have minimal chances of declining with inflation.

Regal assists people in opening new precious metals IRAs or rolling over a portion of a current or previous IRA or 401k. Potential investors of IRAs backed by gold receive a free gold kit with information on how the process works. Investors further get physical assistance in opening new accounts, buying the metals at minimal commissions, and storing it in RA inventories, or other depositories approved by the International Revenue Service (IRS). Since some fees may apply, the RA staffs assists in letting clients know when and how to roll over, to minimize any fees associated with the process.

## Conclusion

Regal Assets has risen to the heights of power, influence and service in the precious metals industry for many reasons. First, the company is authentic and very credible as BCA, Trust Link and BBB among other defining authorities have proven by rating it excellently. Positive feedback from hundreds of clients, as well as recognition and awarding by Forbes and Inc 500 Magazines, have also added to the popularity of this company. When it comes to precious metals deals, Regal Assets currently outdoes all others.

You can also read our reviews of other Gold IRA account dealers.



**Phone:** 855-712-0016 (Call from 8am to 5pm PST with any questions)

RegalAssets.org



**BBB:** Rating of A+, 1 complaint with BBB in last 3 years | 0 in last 12 months

**TrustLink:** ⭐⭐⭐⭐⭐ based on 241 Reviews here: http://www.trustlink.org/Reviews/Regal-Assets-LLC-206068373

Incoming search terms:

- *regal assets review*
- *regal assets complaints*
- *regal assets bad reviews*
- *Regal Assets Fees*
- *regal assets transaction fees*
- *regal precious metals corp*

© IMFsite.org - 2014

*This is not the official website for the IMF. The views expressed on this website are entirely those of the authors of each article.

*Home   About   Contact*

**EXHIBIT 3**



# I WILL PERSONALLY BUILD YOUR NEXT WEBSITE

Most people fail to succeed online, not because they're lazy, but...

They simply don't have the time, experience, or confidence needed to build a SUCCESSFUL website.

That's where I come in.

Every day, I work on my own websites. Researching them. Ranking them. Editing them. Perfecting them. And most importantly... turning them into passive income machines.

I own hundreds and hundreds of websites in dozens of niches. That is how I stay "current" with SEO and making money... I don't only teach it. I DO IT.

I am not afraid to roll up my sleeves, jump in the trenches, and get dirty. The knowledge I gain from my sites each and every day is priceless.



from my sites each and every day is priceless.

But instead of just sharing my strategies with you via my monthly videos, and hoping that you understand and implement them perfectly...

I recently decided - WHY DON'T I JUST DO IT FOR YOU?

What I mean is... why don't I just pretend YOUR site is MY site. And I'll build it FOR YOU.

## *WHAT I WILL DO FOR YOU*

✔ I'll research a lucrative industry, and perform in-depth research to locate a profitable keyword with THOUSANDS of people searching for it every month. (It would normally cost $500/hour to hire me, but you won't pay anything close to that)

✔ I will install Wordpress for you, including a premium, custom theme, and several of my favorite plugins, including premium paid plugins. ($200+ value)

✔ I will build pages of extremely high quality and compelling content, including related images and video. I will target your main keyword as well as long-tail keywords, so you get traffic from both.. ($150+ value)

✔ I will add in affiliate links, where you earn a commission for any sales that occur. (for life)

✔ I will add Google Adsense ads to your site, in strategic locations, so that you can make the maximum amount of money possible from ads dislayed on your site. (I have a technique most people aren't aware of)

✔ I will build High PR, thematic and contextual backlinks FOR YOU. (I have paid tens of thousands of dollars to build my own private link network)

2



thousands of dollars to build my own private link network)

✓ I will GET YOU RANKED in the search engines, so your site starts getting traffic.

✓ Within 60 days, your new website will be completed "BTF-style", running like a well-oiled machine, and giving you an unfair advantage over everybody else who is trying to figure things out on their own (and failing miserably time & time again)...

✓ You will be given an exclusive set of videos I have created for DFY customers only, called our "DFY Mastery Course".

✓ You get One Year of VIP access to me. Your emails and skype messages will always go to the head of the line, and I will be happy to give you advice on your other websites. ($$$ value = priceless)

✓ You will get secret upgrades and access to hidden material. I will not reveal these here, but I will say that you will be VERY pleasantly surprised. ($400-$1,000 value)

## THE BAD NEWS...

We only have 5 Done-For-You websites available per week, because each one gets personal attention, and takes up quite a bit of my time.

So they are on a first come, first serve basis. (and we typically have a 20+ person waiting list)

Many times you will see the order links below displayed as "sold-out".

If we are currently sold out, please join the waiting list, or check back later.

3



# Now For The Moment of Truth....

**You have an important decision to make.**

There are two doors facing you right now:

**Door #1:** This door leads nowhere, directing you back to the life you are currently living. However, if you do this, you are accepting that you will continue running along the hamster wheel, expending large sums of energy and money, only to find yourself exactly back where you started... or worse... until you ultimately give up broke and defeated.

**Door #2:** This door leads to liberation. If you walk through this door, you are saying, **"I REFUSE to be stuck in a RUT, living a life I am not satisfied with."**

Instead of being a sheep, you can take action and achieve a heightened level of independence and wealth. And RIGHT NOW can be the moment that triggers that future.

Your DFY site can be the ultimate money-getting template... used over and over and over again in different niches, with different keywords, anytime you want. This is as close to copy and paste profits as you can get.

They say 9 out of 10 websites fail. To that I usually say, "THEN MAKE 10 WEBSITES". But with the DFY program, I truly believe you won't need to.

You found this page for a reason... while over 9 billion other people did not.

It's because you and I are cast from a different mold. We take direct responsibility for our happiness, our success, and our future – all without groveling for handouts... or living a life of remorse and regret.

I don't want you to look back on this moment someday, and wonder "what if..." I want you to take

4

Done-For-You Website - Windows Internet Explorer provided by MSK

http://www.bringthefresh.com/DFY.php

Done-For-You ...

File Edit View Favorites Tools

I don't want you to look back on this moment someday, and wonder "what if...". I want you to take action.

If you have spent your life working hard, and have less to show for it than you believe is right, the DFY program is for you.

---

## Deluxe Done-For-You Website

Everything mentioned above - this is the solution for anyone who wants up close & personal help in creating a successful website, BTF-style. (that can be used over and over again as a money-getting template)

**Price:** $1,097-$1,497 (depending on availability)

135%

Start Done-For...

4:59 PM
3/11/2014

Done-For-You Website - Windows Internet Explorer provided by MSK

http://www.bringthefresh.com/DFY.php

Done-For-You ...

File Edit View Favorites Tools

*****IMPORTANT NOTICE***** (Plan B) - Since we are currently sold out on Deluxe Done-For-You Websites, I would like to offer you the option of getting a Standard (not quite deluxe but still very good) Done-For-You webite **at zero cost**. You just need to buy a domain and hosting.

Here's the link: Free Standard DFY Website

## Done-For-You Video *new

In this unique option, instead of creating a website, I will create a high quality youtube video for you, and create high quality backlinks for it... The video will include text, images and professional voiceover. We've had great success with this method because Google loves Youtube... after all, they own it! We can link your video to whatever website you'd like. (including an affiliate link)

**Price:** $597-$997 (depending on availability)

135%

Start

Done-For...

4:59 PM
3/11/2014



