BERNARD M. RESSER (SBN 92873)
BResser@GreenbergGlusker.com
DANIEL G. STONE (SBN 265397)
DStone@GreenbergGlusker.com
STEVEN A. STEIN (SBN 287401)
SStein@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants REGAL ASSETS, LLC and
TYLER GALLAGHER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN BULLION, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>REGAL ASSETS, LLC; TYLER GALLAGHER, an individual; KELLY FELIX, and individual; and Does 1-10, inclusive,<br><br>                    Defendants. | Case No. CV 14-01873-DDP (ASx)<br><br>**DECLARATION OF TYLER GALLAGHER IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 25, 2014<br>Time: 10:00 AM<br>Courtroom: 3 |

I, Tyler Gallagher, declare as follows:

1.       I am the Chief Executive Officer of defendant Regal Assets LLC ("Regal"), a California limited liability company, and I am named as a defendant in this action individually. I have personal knowledge of the facts contained in this declaration and if called upon to do so I could and would testify competently to these facts.

A.     **REGAL AND INTERNET AFFILIATE MARKETING WILL SUFFER IRREPARABLE HARM IF THE PRELIMINARY INJUNCTION WERE GRANTED**

1.       The vitality and benefits of affiliate marketing go far beyond this

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

dispute between Regal and American Bullion. If the Court regulates the speech of independent contractor affiliates who are reviewers, critics, and bloggers in this case, it will be affecting hundreds of thousands – if not millions – of independent speakers: affiliates of companies like eBay, Amazon, and Bank of America.These affiliates operate at the internet's unique intersection of the marketplace of ideas and commerce. As the research described in one of the Harvard Business Review articles cited in our brief discloses, "by 2008, over 300 of the top 500 internet retailers used an affiliate marketing program."[1] Holding a seller like Regal responsible for everyone in its affiliate network will subject all of these other companies and their affiliates to a new form of regulation, impose restrictions on their speech and impose on them unwanted speech.

2.     For example, the injunction requires that "Defendants and all persons acting under their respective or joint direction or control (including but not limited to agents, representatives, or employees), shall immediately cease and desist from (1) creating, (2) causing to be created, or (3) providing content to or otherwise aiding or abetting the creation of any new websites, webpages, blogs, reviews, postings, or other online content that include any of the content set forth in Schedule B." Injunction Order at ¶ II.A.3.  Schedule B, in turn, encompasses a broad range of statements, including any "[r]eferences, comments, opinions, or reviews about American Bullion, Inc., it[s] services, employees, directors, principals, or officers" unless a disclosure is also posted providing that: "**The owners of this website are paid to recommend Regal Assets. The content on this website, including the positive review of Regal Assets, the negative reviews of its competitors, and other information, is not independent or neutral. It was provided by Regal Assets**." Schedule B Injunction Order at ¶¶ 4, 8.A.

3.     Under this language, if a Regal employee wrote a personal blog post

---

[1] Edelman and Larkin, "eBay Partner Network," __ HARVARD BUSINESS REVIEW (Rev. Aug. 11, 2010), Reprint 9-91-006 pp. 2-3

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  that referenced Plaintiff—even positively— the employee would violate the

2  injunction unless the employee also posted the above-referenced disclosure. If the

3  employee decided to post the disclosure, however, the employee would be forced to

4  publish a falsehood, as Regal had no role in providing the content of the blog post.

5  This is a classic "Catch-22" that would chill lawful speech and require unwanted

6  speech.

7          4.      If the negative statements about Regal Assets are disseminated on the

8  internet as required by the proposed Preliminary Injunction, affiliates are likely to

9  stop doing business with Regal. The Affiliate Program is the lifeblood of Regal's

10  business, and provides Regal with a competitive advantage.

11          5.      Plaintiff is trying to ruin that advantage through the Preliminary

12  Injunction because it has been unable to do so in the marketplace. If an affiliate

13  feels in the slightest that Regal Assets is not a reputable company they stop working

14  with us. Regal is only as strong as its reputation. Regal Assets is on the verge of

15  launching Regal Assets in the UK and has other business opportunities unfolding.

16  They all rely on our reputation.

17          6.      If the requested injunction were granted all of this opportunity will be

18  lost. The 2400+ affiliates that market Regal Assets are with us primarily for our

19  reputation. If American Bullion's requested injunction were granted, Regal Assets

20  will never be able to properly see its day in court and the justice it seeks.

21          7.      If the injunction were granted Regal would be unlikely to survive.

22  There are severe requests in the injunction that are irreversible and put in jeopardy

23  the future of Regal and its ability to do business. In an atmosphere of investigations

24  of other companies for unscrupulous practices in the precious metals industry,

25  reputation is everything today. With the bait and switch scams going on (such as

26  selling commemorative coins that are not worth their value in gold or silver) and

27  government actions taking place in the precious metals industry, potential clients

28  are quite cautious about with whom they invest. As soon as the requested injunction

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

3

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

is in place there will be an online media frenzy and this story will be everywhere. With the power of the internet a story can get posted individually to 5000+ website in a matter of hours and no amount of money can reverse that.

8.     Regal's success is based on its outstanding reputation on third party sites such as Better Business Bureau (BBB), Business Consumer Alliance (BCA), and TrustLink. The requested injunction will destroy a reputation we have spent several years building in one fell swoop. This is Plaintiff's apparent hope and goal. To win in court what they have not won legitimately in the marketplace for investment products, as well as the marketplace of ideas, that they seek to regulate with prior restraints and forced speech on the content of affiliate websites. They also seek in discovery, to learn our source code that supports our successful, in-house affiliate that we built from the ground up and gives us our edge.

9.     If affiliates feel in the slightest that Regal is not a reputable company they will all leave us. This is already stated on websites that are mentioned in Schedule A of the injunction. Regal is only as strong as its reputation. The 2400+ affiliates that market Regal Assets are with us because of our fine reputation. If American Bullion is successful in having this injunction granted Regal will lose them.

10.    Due to our reputation, Regal is on the verge of launching Regal Assets in the UK, and it has some exciting business opportunities unfolding. They all rely on our reputation. If this injunction is granted all the opportunity that presents itself in the UK will likely be lost.

B.    **AFFILIATES ARE INDEPENDENT CONTRACTORS THAT ARE NOT OWNED OR CONTROLLED BY REGAL. THEY ARE NOT CORPORATE AFFILIATES.**

11.    The affiliates of Regal Assets are independent contractors (per **Exhibit A** attached to my Declaration filed July 23, 2014; Dkt#57-1, pp. 16-63). Regal Assets and I do not own them or control them, in whole or in part. They can leave the Regal Affiliate Program (and some do) and send clients and client leads to

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

30238-00002/2224034.3

competitors of Regal.

12.     Mr. Kelly Felix is an independent affiliate. He is not an officer, director, member, or manager. He is not and has never been Regal's marketing director. He has no control over Regal's affiliate program. As something of a legend in the world of affiliate web marketing, Mr. Felix's choice to be an independent affiliate of Regal gave us significant credibility with other successful and desirable affiliates.

C.     **RESPONSES TO SPECIFIC ALLEGATIONS MADE IN MOTION FOR PRELIMINARY INJUNCTION**

13.     I reviewed the allegations American Bullion has made its Motion for Preliminary Injunction ("Motion"). (Some portions of those arguments are quoted below in *italics* prefacing my factual responses.) In the limited time available, I reviewed hundreds of web pages and e-mails that deal with our independent affiliate program and our monitoring of them under the Terms of Service that are part of our contract with affiliates. Dkt#57-1, Ex. A. This material includes, for example, our responses to American Bullion's complaints last August and February. Contrary to what American Bullion claims, Regal responded to those complaints about affiliate websites with action consistent with its Affiliate Program Agreement and Terms of Service. *Id*. Regal achieved the resolution demanded by American Bullion. Yet American Bullion remarkably claims we ignored their complaints in their Motion papers despite written e-mail correspondence proving otherwise. (See my Declaration filed July 23, 2104 at ¶¶24-32, Exhs. C and D [Dkt#57-1, pp. 10-12; Exhs. C, D.].) Similar, specific evidence negating each and every one of the allegations made in American Bullion's Motion is supplied below.

■ **AFFILIATES OF REGAL USE DISCLOSURES THAT COMPLY WITH FTC GUIDELINES, AND THE HANDFUL THAT DON'T ARE CONTACTED AND SUBJECT TO TERMINATION**

14.     On virtually every website in Schedule A that is a Regal affiliate it is

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

5

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

clearly stated at the top right of that website that the affiliate receives compensation for reviews, they are independently owned, and the opinions expressed are their own. Many of these sites say verbatim:

> Disclosure: We are a professional review site that receives compensation from the companies who products we review and recommend. We are independently owned and the opinions expressed here are out own. (Berkley Exhibit 57 – 676, Dkt#50; Gallagher July 23 Decl. (Dkt#57-1) ¶ 23, p. 10, **Exhibit B**; )

15.    Affiliates own and operate their websites and those affiliates and other non-parties (e.g. TruskLink) choose all review content for their websites and Regal does not provide any review content to any of them. There is nothing in Regal's affiliate backend or program that teaches them anything about making false or deceptive websites or supplies such material. In fact, affiliates are very vocal about the fact that if Regal does not uphold its reputation they will stop promoting Regal. Proof of this is posted on an affiliate website mentioned in Schedule A, www.comparebulionsites.com. This Website clearly discloses their affiliate relationship with Regal and how they are completely independent. The website states

> "Disclosure: Though our website strives to be non-biased and informative we are a paid affiliate of Regal Assets. That being said all information on this page (i.e. BBB rating and complaint history) is kept as up to date as possible. We are in no way associated with Regal nor are we associated with any of their products or services. That being said if we do ever find that this company does not continue to maintain only the highest standard, we will remove them from our list."  (Berkley Exhibit 57 – 1012; Dkt#50.)

16.    *Motion 2:4-10:  The Regal Sites portray themselves as neutral, independent websites operated by qualified professionals in the relevant fields of precious metals, investing, and retirement planning, before proceeding to*

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

6

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

*"independently review" Regal and Plaintiff, among other competitors.*

Most affiliates are not professionals in precious metals or investing and disclose this on their websites. Nobody at Regal has ever stated that these independent affiliates are professionals in precious metals or investing. There are many affiliates that disclose this on their websites. The website **www.goldirarollover.co** mentioned in Schedule A clearly states:

> "This site, goldirarollover.co is a personal website and the content is written for and edited by me. It is intended as an informational resource <u>for entertainment purposes only. Nothing on this website should be considered investment advice</u>." (Berkley Exhibit 57 – 2026; Dkt#50.)

17.    A favorable review is usually based on three factors from third party websites BBB, BCA and TrustLink. Most affiliates base their opinions on these three websites. This is disclosed by many affiliates on their website. For example, the website www.goldiracompaniesreview.com clearly states that all information for its reviews was provided by third party websites:

> "Note: The above review sites (websites above this note are TrustLink, BBB and BCA) are all reputable third-party websites which promote honest reviews. There are some security measures implemented to prevent any review frauds on their sites." (Berkley Exhibit 57 – 1586; Dkt#50.)

18.    The sites that are affiliates of Regal are experienced affiliates who review and promote many companies in the gold industry including but not limited to American Bullion, JM Bullion, GoldSilver.com, GoldMoney.com, National Collectors Mint and more.These independent affiliates decide completely on their own what companies they feel are best, and give them their positive review. There are many websites that promote other companies such as American Bullion and give them a favorable review over Regal Assets. There is a website that favorably reviews American Bullion that is included in Schedule A, www.buygoldx.com. Remarkably, it is and clearly states it is an American Bullion affiliate:

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

"We are a professional affiliate site that receives compensation from the companies promoted and reviewed on this website. We are compensated by companies such as <u>American Bullion</u> for including them in our articles and reviews. Reviews on this website may be affected by the amount of compensation that is received from each company."  (Berkley Exhibit 57 – 989; Dkt#50.)

19.  *Motion 9:1-4:  the site does not disclose that its owner, Hernan Slodowicz, receives from Regal upwards of $47,000 per month to recommend its services. Berkley Decl. I, ¶¶ 26, 29-31 & Exs. 26-27, 56 at 374-375; Berkley Decl. II, ¶¶ 11-12 & Ex. 67 at p. 41, Exs. 68-69.*

Hernan is on a revenue share deal and his monthly income is not guaranteed and fluctuates like all affiliate's monthly payments. Disclosing how much you make as an affiliate is not required and is Hernan's private information. It would be burdensome and unnecessary to require such disclosure for all affiliates across the broad world of internet affiliate marketing. Nor have I seen one affiliate of American Bullion do so, despite reviewing many of those sites myself.

20.  *Motion 9:5-6, 9:28 [two different URL's Berkley Decl. I Ex. 57 at 1702-1729], 11:4-10:*

Upon learning of this allegation, on July 23, 2014, Regal took action against goldiraguide.org by email of that date, as follows:

"You need to know that you are absolutely FORBIDDEN to create aliases on 3rd party websites. You have to use ONLY your legal name not a nick name or alias or family member name ONLY real identities. Furthermore the same applies to images on your websites you cannot use your real name and then use a fake photo of yourself. If you are using names or photos they have to be your real identity."

Within 24 hours this affiliate complied with Regal's request. Attached hereto as **Exhibit F** is a true and copy of the e-mail that was sent [titled "Goldiraguide.org –

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Email"].

21.     *"The disclosure is not truthful because it does not state that the owner of the website is paid to recommend Regal. Instead, it falsely implies that it is independent ("100% independently owned").*

This is not true of virtually all affiliates of Regal. The handful we found did not have proper disclosures after we were notified of them were requested under our Affiliate Program Agreement to comply with our Terms of Service. ***Regal does not ignore these matters. We respond to complaints as well as monitor our top producing affiliates.*** Legacy Learning Systems publishes a guide to compliance with the FTC Guidelines that I use (in addition to the Guidelines themselves) to inform Regal's review of affiliates under the Terms of Service.  (See *http://www.learnandmaster.com/affiliates/disclosure-requirements.html*. This guide describes there are four basic requirements for disclosures. All disclosures must be: Frequent, Clear, Conspicuous, and Requiring No Action. It says "You do not need a lawyer to write your disclosure in fact you should not have any legalese in your disclosure." (*Id*.) See **Exh. PP** to Request for Judicial Notice.

22.     <u>Frequent</u>: "Placing one disclosure on your home page or a link to one in your footer is not enough. Disclosures must be on every page of your site that has a review, recommendation, comment or article appears that promotes a product or service for which you receive any form of compensation." (*Id*.) Attached hereto as **Exhibits G - L** are screen shots I took on the date and time shown on the shots of the website www.goldiraguide.org main pages where the disclosure is frequent and follows the visitor to each page. The disclosure appears on each of each of these pages. [The attached screen shots are titled "Goldiraguide.com – Home Page, Goldiraguide.com – Gold IRA Rollover, Goldiraguide.com – Precious Metals Allowed in an IRA, Goldiraguide.com – Types of IRAs, Goldiraguide.com – Blog, Goldiraguide.com – Contact".]

23.     <u>Clear</u>. "The disclosure must make it clear right away to the reader that

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   you are compensated for your review. You may include other information in your

2   disclosure, such as whether you personally purchased the product or that your

3   review is honest, but you must disclose compensation first (at the beginning) and

4   clearly. It should not be hidden in legalese. *The following disclosure is acceptable:*

5   Disclosure: We are a professional review site that receives compensation from the

6   companies whose products we review and recommend. We are independently

7   owned and the opinions expressed here are our own."

8   *http://www.learnandmaster.com/affiliates/disclosure-requirements.html*.  The

9   screen shots I took of the www.goldiraguide.org **Exhs. G – L** contain The

10  disclosures that clearly say:

11      "We are a professional and independent Gold IRA review site that

12      occasionally receives compensation from the companies we review on this

13      site. Note that this does not affect the quality of our reviews since we use the

14      same criteria to review all companies. We are 100% independently owned

15      and have high standards and reputation to uphold."

16      24.   <u>Conspicuous</u>. "The disclosure must be conspicuous and easy to see on

17  your site (in other words, it should stand out). It has to stand out from other text on

18  the page so that it is immediately evident to all visitors. The disclosure text must be

19  as large or larger than the main text. The disclosure text must be colored (not black

20  or gray) and contrast with both with its background and the main text. It must not

21  be lighter than its background or the main text. It must begin with the word

22  'Disclosure:'" *http://www.learnandmaster.com/affiliates/disclosure-*

23  *requirements.html*.  The required disclosures on www.goldiraguide.org attached

24  hereto as **Exhibits G - L** that I captured on the date and time shown on the screen

25  shots stand out in blue font (not black or grey) and start out by saying "Disclosure:"

26  The disclosures stand out and is above the fold and do not require the user to click

27  or scroll down the page.

28      25.   <u>Requiring No Action</u>. "Your disclosure must be immediately visible

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

30238-00002/2224034.3

to anyone who visits your reviews or endorsements. The visitor should not be required to take any action to view it. Such actions include: Scrolling: Your disclosure must appear 'above the fold,' meaning the visitor does not have to scroll down to see it. Clicking: Visitors should not have to click a link to view your disclosure. Clickable links are only acceptable if the fact that your review is compensated is still obvious without clicking. See examples below. Unacceptable. The visitor has to click to learn whether the reviewer is paid."

*http://www.learnandmaster.com/affiliates/disclosure-requirements.html.*

26.     Goldiraguide.com is an example of how affiliates of Regal comply with this requirement. The required disclosure stands out and is above the fold as required and does not require you to click or scroll down the page. **Exhs. G – L** are screen shots I made on the date and time shown on the shots of various pages of this site that all contain disclosures consistent with this guide. [filenames "Goldiraguide.com – Home Page, Goldiraguide.com – Gold IRA Rollover, Goldiraguide.com – Precious Metals Allowed in an IRA, Goldiraguide.com – Types of IRAs, Goldiraguide.com – Blog, Goldiraguide.com – Contact"]

27.     The disclosures Plaintiff wants to impose on thousands of affiliates (based on a handful of corrected problems) are unrealistic and violate the free speech rights of those independent reviewers, bloggers, and critics.

■ **REGAL DOES NOT SUPPLY ANY OFFENDING CONTENT TO AFFILIATES**

28.     *Motion Page 2, lines 1-3 ("2:1-3"): they have been saturating the internet with false and deceptive websites (the "Regal Sites") that employ a variety of unscrupulous tactics to divert business to Regal. Motion 6:2-3: Defendants direct the Regal Site campaign. 8:12-21:  The Regal Sites do not just fail one of these tests – they fail them all. First, the Regal Sites post purportedly "independent" reviews of Regal and Plaintiff (among other competitors). See, e.g., Berkley Decl. I Exs. 31-34, 37-39, 42 and 57 (website compilation). Motion 13:21 – 14:5:  Defendants provide illicit content to the Regal Sites. Defendants not only permit the Regal Sites*

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

*to operate but they provide much of the "independent" content that is posted.*
*Motion 14:13-28*

Regal Assets is not saturating the internet with any false and or deceptive websites and has **never created or forced to be created a single website in Schedule A** or anywhere on the internet for the Regal Assets Affiliate Program as Plaintiff alleges.

29.   *Motion 4:26-28:  [Regal and Felix] control the sites and provide much of the "independent" content that is posted. Motion 12:12:  they provide and direct the content and style of the Regal Sites. This would be permissible if the sites/reviews were truly independent, but they are not. The Regal Sites (1) use information provided to them directly by Defendants (and Felix) (infra., § 13-14) and (2) are compensated by Regal for directing customers to Regal – connections which are not adequately disclosed, if they are disclosed at all. See, e.g., Berkley Decl. I Exs. 1-2, 8, 12, 31-34, 37-45, 51-52, 56, 57.*

There is no support for these statements anywhere in the Motion or Declarations in support.

30.   The only content Regal provides for affiliates is discussed in paragraphs 30 through 36 of this declaration. Regal provides its affiliates a "cookied" version of our website. For example if you go to *www.regalassets.com* you will see our entire official website with a distinct 800 number on the right (1-877-962-1133). An example of a cookied website for an affiliate is *www.regalassets.com/a/1600*. When someone enters that site, it looks identical to Regal's official website except all of the forms on the website track to the affiliate "1600" and the 800 number associated with that affiliate is changed to a distinct number for that affiliate; in the case of affiliate 1600, 1-888-981-7445. This allows us to track all calls to Regal generated by that affiliate so a commission can be paid if the investment is made. This is similar to the technology Amazon uses to run its affiliate program. The site has ***no content about other companies***, including none

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

30238-00002/2224034.3

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

about American Bullion. There is nothing on the official Regal website that discusses or addresses Regal's competitors.

31.     Additionally, for each of the cookied websites Regal includes a proper disclosure as required by FTC that reads:

> *Disclosure: If you are on this website you have been sent or referred here by an affiliate, agent or partner who is promoting Regal Assets. All affiliates, agents and partners are compensated for referrals.

32.     In addition to the cookied website we provide affiliates with a lead capture form that they can put on their independent party websites. Attached hereto as **Exhibit M** is a true and correct copy of the Lead Capture Form we make available to affiliates. The lead capture form has as clear disclosure that reads:

> "Disclosure: If you are on this website you have been sent or referred here by an affiliate, agent or partner who is promoting Regal Assets. All affiliates, agents and partners are compensated for referrals."

33.     We also provide affiliates with banners and text ads for affiliates to employ pay per click (PPC) to advertise their sites themselves. Attached hereto as **Exhibit N** are true and correct copies of the Banners and Text we make available to affiliates.

34.     We also provide "swipe files" to affiliates that are simply pre-written and pre-coded e-mail templates that an affiliate can send out to friends and family if they so choose. Attached hereto as **Exhibit O** are true and correct copies of the swipe files we make available to affiliates.

35.     We provide videos and images for the affiliate to use on their third party websites if they so choose. Attached hereto as **Exhibit P** is a list of Videos and Images we make available to affiliates. ***None are reviews of any competitor***.

36.     Finally we provide real time charts for affiliates to use on their third party website. Attached hereto as **Exhibit Q** is a true and correct copy/screen shot I took of the Charts Regal makes available to affiliates.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

37.     Other than the materials described in paragraphs 30-36, Regal does not provide any other content to the affiliates for use on their third-party websites. ***The content provided by Regal does not include any of the content complained of*** by Plaintiff, does not refer to American Bullion (or any competitors) and is not even remotely close to what American Bullion accuses Regal of disseminating.

38.     To the best of my recollection, there was only one time in the past that I sent affiliates correspondence regarding competitors that may have resulted in incorrect information in their reviews. It was in response to the American Bullion *Exchange* rumor and Birch Gold rumor. After realizing this, I took it upon myself to correct the rumors so that the affiliates could delete any reference to this from their websites.

39.     Since then, to the best of my recollection, whenever Regal found out that an affiliate was posting information on its website/s about American Bullion Exchange in connection with American Bullion, Inc. we would take immediate action. The response by Regal to the e-mail it received from American Bullion's Brian Meert dated August 21, 2013 was discussed in and attached to my July 23 Declaration as well as other follow-up Regal performed . (Dkt#57-1, ¶¶ 24 – 31, Exhibits C and D.)

40.     *Motion 13:15-16:  The reviews criticize Plaintiff, and invariably conclude that Regal is the best provider and recommend its services.*

Affiliates industry-wide that are reviewing companies often use reviews authored by/available on third party websites Better Business Bureau (BBB), Business Consumer Alliance (BCA) and TrustLink. Many affiliates expressly cite to the BBB, BCA, and Trustlink on their websites.  For example, the website www.goldiracompaniesreview.com clearly states that *all* information for their reviews was given by third-party websites:

"Note: The above review sites (websites above this note are TrustLink, BBB and BCA) are all reputable third-party websites which promote honest

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

reviews. There are some security measures implemented to prevent any review frauds on their sites" (Berkley Decl. Exhibit 57 – 1586; Dkt#50.)

41.     These third party websites (cited below) currently rate Regal higher than Plaintiff and/or have fewer complaints about Regal. Regal is not responsible for these comparisons, which are available at the following web sites:

Regal Assets:  TrustLink - http://www.trustlink.org/Reviews/Regal-Assets-LLC-206068373 - 522 reviews from real clients giving an average of 5 stars out of 5 stars since 2010.

Better Business Bureau – http://www.bbb.org/sanjose/business-reviews/gold-silver-and-platinum-dealers/regal-assets-in-burbank-ca-100088403 - Accredited since 10/30/2009 with A+ rating the highest rating a company can receive from the BBB and 0 complaints since March.10, 2014.

Business Consumer Alliance - http://www.businessconsumeralliance.org/Report/Gold-Silver-and-Platinum-Dealers/Regal-Assets-LLC-in-Burbank-CA-100088403 - Accredited since 10/23/2009 with AAA rating the highest rating a company can receive from the BCA and 1 complaint from 8/10/2011. (See **Exhibit R**, attached hereto and incorporated herein.)

American Bullion: TrustLink - http://www.trustlink.org/Reviews/American-Bullion-Inc-206400378 - 30 reviews from real clients giving an average of 5 stars out of 5 stars 24 of the reviews are from 2014.

Better Business Bureau - http://www.bbb.org/sanjose/business-reviews/gold-silver-and-platinum-dealers/american-bullion-in-los-angeles-ca-100101260 – Accredited since 03/15/2011 with A rating and 4 complaints since March.10, 2013.

Business Consumer Alliance - http://www.businessconsumeralliance.org/report/american-bullion-100101260 - Accredited since 12/3/2010 with AA rating and 9 complaints

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

from as recent as 2/13/2013 complaint details are public record and are American Bullion clients accusing American Bullion of running a bait and switch operation taking the life savings of elderly people. A list of dates and summaries of some of these BBB complaints can be found at this link: http://www.businessconsumeralliance.org/complaints/american-bullion-inc-100101260.

42.    These public complaints that are not in any way from Regal or me. Attached hereto as **Exhibit R** are true and correct copies of screen shots from these third party websites taken on the date and time shown on the shots showing the comparative ratings and complaints concerning Regal and American Bullion.

43.    Regal is not aware of any erroneous links on affiliate websites and does not condone such practices. Because all affiliate websites are independently owned and operated, Regal has no control over or knowledge about how or what they link to other pages on their website. Regal will investigate any such reports and take action under its Terms of Service. Regal also reviews the websites of its top affiliates on its own to monitor compliance with the Terms of Service that are part of our Affiliate Program Agreement.

■ **REGAL HAS STRICT TERMS OF SERVICE AND POLICES ITS AFFILIATES. CONTRARY TO PLAINTIFF'S CLAIMS REGAL RESPONDED TO NOTICES RECEIVED FROM AMERICAN BULLION REGARDING JUST 13 AFFILIATES.**

44.    *Motion 4:1-3: posting or facilitating the posting of defamatory content regarding Plaintiff in an effort to capture its customers. Motion 12:16 – 13:20:  Defendants do not police or deter the illicit advertising.  * * *  But this is all an illusion – all part of the game. Defendants have no interest in stopping the illegal advertising they are facilitating and directing, and make no effort to do so. Motion 16:14-15: The Regal Sites remain in place and Defendants continue to supervise and profit from them – and have refused all entreaties (from Plaintiff and other competitors) to voluntarily cease this misconduct. Berkley Decl. I, Ex. 57;*

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

*Wais Decl. Ex. 2.*

Regal has strict Terms of Service that prohibit affiliates from slanderous promotion. The Terms of Service contained in the "Affiliate Program Agreement" (on page 15 titled Schedule B) require all affiliates to electronically sign and agree to the following:

Slanderous Promotion. Affiliate cannot slander, smear, defame or calumniate any competitors, company or individual entity to market Regal Assets; there is a zero tolerance policy on this type of behavior and if Affiliate is caught and do not correct their behavior they will be immediately and permanently removed from the Affiliate Program and past commission payments will be reclaimed. Affiliates are prohibited from using slanderous words or words that are meant to mislead the customer into thinking the affiliate site or company is the same as Regal Assets in ad copy when referring to Regal Assets, our products, our services and our competitors.

45.  Regal monitors affiliates as described here and in my July 23 Declaration ¶¶ 18-35; Dkt#59-1, pp. 8-14, Exhs. A-D.) In addition, attached are several other e-mails from Regal informing certain affiliates that they have violated the Slanderous Promotion provisions of our Terms of Service, and demanding that they correct their behavior. True and correct copies of these e-mails are attached hereto as **Exhibit S** [filename "Affiliate Action – Against Slander"].

46.  *Motion 4:14-15: Yet Plaintiff's multiple entreaties and demands to remove this clearly defamatory content have been ignored. Motion 5:10: Yet, Defendants have done nothing to stop the illegal marketing.*

These statements could not be further from the truth. To the best of my recollection, each and every time American Bullion notified Regal of an affiliate posting something defamatory or incorrect about American Bullion Regal took prompt action and requested that the affiliate take corrective action under the Term of Service Agreement. In addition to the efforts described in my July 23

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

30238-00002/2224034.3

Declaration (¶¶ 18-35; Dkt#59-1, pp. 8-14, Exhibits A-D), attached hereto as **Exhibits T, U and V** are documents (in addition to Exh. S) showing Regal's actions vis-à-vis www.Bestgoldiracompany.com, www.Goldirabuyersguide.com, www.Personalincome.com. [filenames *"www.Bestgoldiracompany.com - Email String, www.Goldirabuyersguide - Email String, www.Personalincome.com - Email String and Affiliate Action - Against Slander"]* This documentation shows Regal has taken appropriate action when it learns of a violation of its Terms of Service.

47. Plaintiff says "*www.gold401krollovers.org is illustrative*." Motion 10:17-11:3.

When Regal became aware of issues with this affiliate (American Bullion never wrote Regal about this affiliate prior to filing this lawsuit) we took prompt action. On July 23, 2014, I personally wrote the affiliate:

> "You need to know that you are absolutely FORBIDDEN to create aliases on 3rd party websites. You have to use ONLY your legal name not a nick name or alias or family member name ONLY real identities. Furthermore the same applies to images on your websites you cannot use your real name and then use a fake photo of yourself. If you are using names or photos they have to be your real identity."

Within 24 hours this Affiliate complied with our request to fix this. Attached hereto as **Exhibit W** is a true and correct copy of the e-mail that I sent [filename "Gold401krollovers.org – Email"]. I also confirmed that this affiliate has proper disclosure as required by the FTC Guidelines. The disclosure is above the fold in green font (not grey or black):

> "Disclosure: We are a professional review site that receives compensation from the companies whose products we review and recommend. We are independently owned and the opinions expressed here are our own."

Attached hereto as **Exhibit X** is a true and correct screen shot I took of the home page of this affiliate's website I took on the date and time shown on the shot.

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

1  [filename "Gold401krollovers.org – HomePage"].

2          48.     Another site that violated our Terms of Service and was dealt with as

3  soon as Regal was made aware of it was americangoldira.com. Regal was

4  completely unaware of this affiliate's use of a photo from an obituary. In

5  researching this after it was first made known to us by American Bullion in their

6  Court papers, I determined this affiliate made a total of $120.00 with Regal. (They

7  were not among the top affiliates we regularly monitor.) Upon learning of this

8  violation of our Terms of Service, Regal permanently disabled the affiliate's

9  account under the Terms of Service of the affiliate Program Agreement between

10  Regal and the Affiliate. Attached hereto as **Exhibit Y** [filename "Banned

11  Affiliate"] is a true and correct copy of the e-mail from Regal notifying the affiliate

12  of its termination. That affiliate has been banned for life from the Regal Assets'

13  Affiliate Program. Again, had American Bullion simply notified Regal of this issue

14  before unleashing its legal attack, Regal would have taken action, just as Regal has

15  done in the past, and just as Regal did in this case once notified.

16          49.     Regal acted every time an offending website was brought to our

17  attention by American Bullion. ***Today, to the best of my knowledge, there are zero***

18  ***Regal affiliate websites that mention American Bullion Exchange***.

19          50.     It is worth noting that I recently reviewed numerous websites of

20  American Bullion affiliates and, ironically, not one of American Bullion's affiliate

21  websites that I reviewed has a proper FTC disclosure.  See e.g. www.buygoldx.com,

22  which does not have a clear disclosure.

23     ■  **AMERICAN BULLION USES OUTDATED EVIDENCE IN SUPPORT OF ITS**

24          **CLAIMS AND BLAMES REGAL FOR ALLEGED CONDUCT OF THIRD**

25          **PARTIES**

26          51.     In my review of the evidence submitted by Plaintiff, I found that many

27  of the Exhibits attached to the Berkley Declarations are screen captures from old

28  websites that are not longer "live" and don't come up in current searches for those

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  sites cited by Mr. Berkley.

2      52.    For example, Mr. Berkley's declaration makes a statement: *"Attached*

3  *hereto as Exhibit 81 is a true and correct copy of the photograph claimed to depict*

4  *"Tom Arvan" on the Gold401kCompanyReviews.com" website operated by Regal*

5  *affiliate John Crestani, available at the URL*

6  *http://gold401kcompanyreviews.com/wp-*

7  *content/uploads/2014/05/242948_152116464858759_8352677_ol-300x225.jpg.*

8  *which I accessed and caused to be printed on or about July 16, 2014.*"

9      In fact, on May 21, 2014, Regal wrote John Crestani that his account would

10  be banned if he continues to use a fake alias. On the same day, I confirmed that Mr.

11  Crestani complied with our request and removed his fake alias Tom Arvan.  I

12  recently reviewed this website again, and could not find any use of the Tom Arvan

13  alias. It is possible that Mr. Berkley accessed an archived (i.e., not current) version

14  of this website by way of www.waybackmachine.com.  Again, Mr. Crestani is an

15  independent contractor. Regal's only control is contractual and Regal has exercised

16  that control to obtain the requested outcome.

17      53.    American Bullion's Mr. Meert complains that Google searches started

18  showing results favoring affiliates of Regal and states that Regal was responsible

19  for a decline in users visiting Plaintiff's website. This is a Google issue not a Regal

20  issue or a Regal affiliate issue. Google has a top secret algorithm that it updates

21  frequently to make sure that nobody is taking advantage of the Google search

22  engine results. So when someone types in "gold IRA" they are getting an honest

23  and helpful list of websites. Over the year, Regal has sometimes appeared in a

24  search for the term "gold ira," while at other times we have lost that position, likely

25  because Google updated its top secret algorithm. This has happened to virtually

26  every company in the industry and it is how Google stays ahead of the curve and

27  keeps searches independent and helpful. Regal is not to blame for organic Google

28  rankings for certain key terms.

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

30238-00002/2224034.3

54.     The Meert declaration goes on to say: *As 2013 continued, the number of websites grew. Also, the organic traffic to American Bullion's website started to decrease even more. This further decline in traffic can be seen in Exhibit 1.*

Organic traffic is a Google issue and it has to do with the fact that in 2013 Google released some very serious updates to their top secret algorithm. Virtually every single company that was ranked on Google was affected by this, including Regal. Attached hereto as **Exhibit Z** is a summary of all the changes Google has gone through since 2013 that I captured on the date and time shown. [filename "Google Algorithm - Change History"]. It is safe to say that American Bullion is not the only company that has lost a major amount of organic traffic. This is just another attempt by American Bullion to blame Regal for the conduct of a third party.

## D.     PLAINTIFF WILL NOT SUFFER PRESENT, IMMEDIATE OR IRREPARABLE HARM

55.     Plaintiff claims in the Warren Declaration that American Bullion was talking to certain specified clients that were also talking to Regal Assets about investing certain dollar amounts. Plaintiff claims that it lost these clients to Regal. But, it appears that many of those supposed lost client never invested with Regal as Regal cannot find them in its leads system. More importantly, from Regal's experience, potential clients are typically looking at three other companies when deciding whether to invest in precious metals. Reputation is everything and the public file on American Bullion posted as public information on *http://www.businessconsumeralliance.org/report/american-bullion-100101260* does not help them close an investment.

56.     American Bullion's reputational problems are not caused by Regal or affiliates of Regal. Instead, American Bullion is in denial about the ramifications of the nine complaints about them with the BCA which has 11,307 page views. (See the web page I printed on the date and time shown on **Exhibit R** [filename "Regal

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

Assets vs. American Bullion"] It shows 11,307 page views on right hand side just above the "Comments and Analysis" box.) American Bullion does not mention BCA or their BCA page on their website like other members of our industry, so these page views are by people who researched and found the BCA page on their own. The review, *http://www.businessconsumeralliance.org/report/american-bullion-100101260* has verified American Bullion clients accusing them of running a bait and switch scheme that has resulted in them losing their life savings while being forced into overpriced collectable gold. This tactic is similar to one used by a company formerly operated by Plaintiff's officers. Tiger Financial Group was a futures firm that operated out of the exact same office space American Bullion is in today. The CEO of Tiger Financial Group was Brian Orkan Ozkan. Mr. Ozkan is the CEO of American Bullion (except he decided to use his middle name and last name and now goes by Orkan Ozkan). Brian Orkan Ozkan was reportedly suspended from the National Futures Association (NFA), along with several fellow employees, for "deceptive and misleading sales solicitations and that they also recommended trades that were not in the best interest of their customers". The Complaint alleged that Tiger Financial and Ozkan failed in their duty to diligently supervise Tiger's business. Tiger Financial Group had approximately 3,300 customers during 2005 and 2,900 during 2006. Eighty-four percent (84%) of its clients suffered net losses in 2005 and 91% of them experienced net losses in 2006. Collectively, those customers experienced net losses of $39.7 million during the two year period while the firm generated $23.7 million in commissions. The public record report containing the full story on this action is on the NFA website is at: *http://www.nfa.futures.org/BasicNet/CaseDocument.aspx?seqnum=2016*. A copy of the document from the NFA website is attached hereto as **Exhibit AA**. The past history of American Bullion's CEO is far more likely a source of American Bullion's competitive disadvantages than anything untoward independent affiliates of Regal are alleged to have done *in the past*.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

30238-00002/2224034.3

57.     The history of American Bullion's CEO in this industry on the National Futures Association website and their real customer complaints on the BBB, BCA, and TrustLink sites are what are likely impacting American Bullion's success. These reviews and Regal's competitive advantages – not any wrongful conduct by a handful of affiliates of Regal that have been corrected – is what caused American Bullion to lose customers.

58.     Now American Bullion is using this lawsuit and is *seeking discovery to gain access to Regal' proprietary affiliate programming code*. (*See, e.g.,* Plaintiff's First Set of Requests for Production of Documents to Defendant Regal Assets, LLC attached as **Exhibit BB**, especially Request No. 1 ["All DOCUMENTS PERTAINING to the creation or genesis of the REGAL ASSETS AFFILIATE PROGRAM, from any time period."]; Request No. 2 ["All DOCUMENTS PERTAINING to the 'beta launch' of the REGAL ASSETS AFFILIATE PROGRAM, from any time period."]; Request No. 6 ["All DOCUMENTS PERTAINING to content, copy, code, cookies, language, reviews, images, videos, charts or other content made available by YOU to REGAL AFFILIATES."].) That is a major reason Regal is succeeding. Plaintiff now wants to eliminate Regal as a competitor through court action with the requested injunction and usurp Regal's proprietary programming in the process.

59.     Everything that affiliates have done that American Bullion claims to be causing it irreparable harm has been fixed and attended to under the Terms of Service contract provisions between Regal and the handful of affiliates involved. *There is no continuing harm*. In fact of the 171 websites listed on Schedule B (all of which I reviewed since receiving it on July 18) there are:

a.      **Zero** statements that expressly or by implication indicate that American Bullion, Inc. is the same company as or is in any way related or affiliated with American Bullion Exchange.

b.      **Zero** statements that expressly or by implication indicate that the

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  owner of American Bullion Exchange, Ryan Nassbridges, is the owner of or

2  in anyway related to American Bullion, Inc.

3      c.    **136** out of the 171 sites on Schedule A are affiliates. The rest are not.

4  Many make no mention of Plaintiff.

5  **E.    PLAINTIFF HAS DISPARAGED REGAL ON WEBSITES IT OWNS OR ARE**

6  **REGISTERED TO ITS PRINCIPALS. AMERICAN BULLION IS *DIRECTLY* GUILTY**

7  **OF THE CONDUCT IT TRIES INSTEAD TO BLAME *VICARIOUSLY* ON REGAL**

8  **WITHOUT THE SAME EVIDENCE LINKING REGAL TO THE ALLEGEDLY**

9  **OFFENDING CONTENT ON WEBSITES LISTED IN SCHEDULE A.**

10      60.    On August 31, 2013, I was made aware that American Bullion had a

11  web page dedicated to disparaging Regal Assets and it was posted right on their

12  main website. I investigated and found a link was posted on the American Bullion

13  home page www.americanbullion.com/regal-assets-review. This public attack

14  against Regal Assets that was posted on the American Bullion website caught me

15  completely off guard and had outlandish statements about Regal Assets. American

16  Bullion falsely accused Regal Assets of "using 16 global servers that utilized

17  rotation scripts, cloaking scripts and safe control blocks to skim social media sites

18  and generate rotating backlinks and a huge influx of social media

19  likes/shares/tweets to boost their sites." American Bullion apparently did not know

20  that Regal already had over 2,000 affiliates world-wide. The attack went on to say

21  "Regal Assets Created Fake Customer Reviews on Trustlink.org." American

22  Bullion went on to say, "after a closer look at these reviews, we found that many of

23  these reviews appeared staged, or written by individuals working for Regal Assets,

24  not independently by the customers themselves." A copy of this content – that I

25  copied directly from the American Bullion website – not some third party reviewer

26  or affiliate – is attached hereto as **Exhibit CC**. [filename "American Bullion –

27  Online Attack"]

28      61.    American Bullion also attacked the Regal Assets Facebook page

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

24

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

https://www.facebook.com/RegalAssets claiming most Facebook likes are from Amman, Irbid in Jordon and that Regal Assets created fake Facebook fans. Again this was not true. Finally they ended their attack saying "we encourage you to voice your disappointment on the Regal Assets Google and Regal Assets Yelp pages."

62.     This online attack was followed by a review about Regal from Brian Meert at American Bullion which was posted on Regal's TrustLink page http://www.trustlink.org/Reviews/Regal-Assets-LLC-206068373. This defamatory TrustLink post was tied to Brian Meert who used his real TrustLink account. The attack from Brian Meert was not screen captured on TrustLink but the e-mail to TrustLink regarding the post was. We wrote to TrustLink to complain.  A true and correct copy of my e-mail of September 2, 2014 is attached hereto as **Exhibit DD**. [Filename "TrustLink - Larry Katz"]

63.     Following the personal attack on TrustLink, Brian Meert took to Yelp and continued to attack Regal. The defamatory posts on Yelp tied again to Brian Meert of American Bullion stated "I was shocked when it came to my attention that Regal Assets has been using sketchy tactics to mislead consumers into thinking they are the recommended choice for Gold IRAs. Please read the following article before entrusting Regal with your retirement account. http://www.americanbullion.com/regal-assets-reviews-warning/. Thus, American Bullion's own officer posted falsehoods on Yelp in order to direct Regal's potential clients to their website where they slandered and smeared the Regal. Attached hereto as **Exhibit EE** is the Yelp attack from Bran Meert. [Filename "Brian Meert – Yelp Attack"]

64.     This attack hurt Regal. It was not long before we started receiving concerned e-mails from potential clients.

65.     Regal sent a cease and desist via electronic mail and certified mail to American Bullion on September 3, 2013. A true and correct copy of this letter is attached hereto as **Exhibit FF**.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

25

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

66.    In fact, virtually everything Plaintiff accuses Regal of doing (vicariously without proof of Regal actually being responsible), Plaintiff is doing on websites owned by American Bullion or its principals. Brian Orkan Ozkan the CEO of American Bullion and Nevtan Akcora the President of American Bullion own and operate the domain www.goldirareviews.com (among several others I can and will testify about when the time comes). However, Mr. Akcora removed his name from the public record associating him with this site. But with Domain Tools, the connection is still a matter of public record.  Attached hereto as **Exhibit GG** is a true and correct copy of a screen shot I took from Domain Tools on the date and time shown on the shots on which I point out the public record linking Mr. Akcora to this website. The website was also taken down. However, I made copies before they were removed and I was able to get others using waybackmachine.com, showing the offending content that appeared on the site in 2013 earlier in 2014. Attached hereto as **Exhibits HH, II, JJ, KK, LL, MM, and NN** are true and correct copies of the pages that were removed (conveniently before American Bullion filed suit) from www.goldirareviews.com [filenames "Goldirareviews.com - Home Page, Goldirareviews.com - Reviews Page, Goldirareviews.com - Regal Assets Review, Goldirareviews.com - American Bullion Review, Goldirareviews.com - Awards Page." "Goldirareviews.com - Merit Financial Review, Goldirareviews.com - Goldline Review, Goldirareviews.com - Lear Capital Review].

67.    On the home page of www.goldirareviews.com it starts off with an outstanding comment about American Bullion and says "American Bullion was the clear winner of the Top 10 Gold IRA Companies, with the highest ratings over when comparing all categories." One of the first issues with this website is that it appears to be missing a disclosure compliant with the FTC Guidelines. It is nowhere to be seen above the fold. Every review has a picture of a man with his arms crossed and the statement "Speak with a gold IRA expert now call 1-800-992-

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

3796" giving the impression that calling that number connects the reader to the company being reviewed. Instead, the number connects to "American Bullion." I called that phone number on July 30, 2014 at 4:53pm. A person answered with the words "American Bullion." I also found that number associated with American Bullion on the radio schedule for the Lou Dobbs show in 2013, listing American Bullion along with the above phone number 1-800-992-3796. Attached hereto as **Exhibit OO** is a true and correct screen shot I took on the date and time shown on the shot of the radio schedule for the Lou Dobbs show. [filename "American Bullion – Lou Dobbs"]

68.    Once you get to the bottom of each review page there is a statement that says "Disclaimer: All reviews listed above are a reference. GoldIRAReviews.com does not own the reviews posted on these sites and information listed may be updated and/or changed without being updated on GoldIRAReviews.com". This is not only confusing and not compliant with FTC Guidelines as I understand them (as detailed above), but it is also deliberately misleading given that principals of American Bullion owned the website.

69.    The reviews themselves are highly critical of American Bullion's competitors. The review of Regal Assets states "Lack of long-term company history and the use of non-traditional depositories keep it from a higher rating." Yet Regal was started before American Bullion. The review of Lear Capital goes on to say "High quantity reviews, but many negative, lack of industry certifications, not US mint certified, higher mark-up & fees". Finally with the review of Goldline they state "Their Gold IRA program is competitive but falters with slow processing times, lack of positive reviews kept it from a higher over rating" and near the end of the review they bring up the government action that was taken against Goldline. The site contains an awards page on which (of course) American Bullion is ranked first, all without disclosing that the president of American Bullion owned the site.

70.    I have uncovered evidence of still "live" websites that employ the

DECLARATON OF TYLER GALLAGER IN OPPOSITION TO MPI

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  identical content. Our investigation is continuing. These include use of fake

2  reviewers, misleading 800 number placement (which numbers connect to American

3  Bullion) and lack proper disclosures required by the FTC Guidelines.

4       71.    In contrast to Plaintiff's direct connection to these offending websites,

5  Regal (and its principals including me) does not own or control any of the websites

6  that were listed in Schedule A to the proposed preliminary injunction. Each and

7  every website is individually owned and operated. Based on my review of all 171

8  sites on Schedule A, all but three had a proper disclosure as required by the FTC,

9  that says not only that the reviewers are paid for their reviews but also that the

10  opinions expressed are independent and their own. The Plaintiff does not tie Regal

11  to the websites on Schedule A because Regal has never told anyone what to put on

12  their websites and or provided reviews for affiliates. Those three have been

13  contacted and their affiliate account has been disabled unless they comply. The

14  same cannot be said about the Plaintiff and its principals.

15  **F.    THE SUCCESS OF REGAL ASSETS IS BASED ON ITS COMPETITIVE**

16  **ADVANTAGES, NOT ANY WRONGFUL CONDUCT BY REGAL ASSETS.**

17       72.    Regal's competitive business advantage is the direct result of building

18  its own affiliate system and software, requiring over 3,000 hours of programming

19  code from scratch over three years and an investment of over $300,000. The

20  programming team for the project was difficult to assemble. This was because this

21  type of backend had never been created for the financial services industry making

22  the coding work very advanced and beyond the skills of a typical programmer.

23       73.    Plaintiff American Bullion responded by attempting to replicate its

24  own affiliate marketing program. However, American Bullion took the costly and

25  less effective approach of employing a third party to provide its affiliate program.

26  Regal Assets' proprietary affiliate program on the other hand is revenue-share

27  based, meaning we not only pay for referrals (as does American Bullion and other

28  competitors), but also, we share revenue (commissions) based on investments

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

28

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

1    actually placed with us. Regal can do this because of our unique, proprietary

2    affiliate infrastructure. It then took three years to build credibility with affiliates for

3    our in-house affiliate program to work.

4          74.    The other reason Regal Assets is successful today is because of our

5    outstanding customer service. We truly strive to put our customers first. This is why

6    we have 522 positive reviews from real clients on TrustLink

7    *http://www.trustlink.org/Reviews/Regal-Assets-LLC-206068373*, and this is why we

8    have so many affiliates wanting to work with us. I have also focused my attention

9    on the client experience over these last six years.[2]

10   **G.    AUTHENTICATION AND ADMISSIBILITY OF EXHIBITS**

11         75.    The documents attached hereto as Exhibits F, M – Q, S – W, Y, and

12   FF are copies of documents created and maintained in the ordinary course of

13   Regal's business whose business duty it is to create and keep accurate copies of the

14   files, email, generic web content, and correspondence between Regal and others,

15   including affiliates and complainants such as American Bullion, at or near the time

16   of the acts, transactions, and occurrences recorded in them.  I am one of Regal's

17   custodians of these records and they are under my direct supervision and control.

18         76.    The documents attached hereto as Exhibits G – L, R, X, Z, AA, CC -

19   EE, and GG - OO are screen shots I created on the dates and times shown on each

20   shot from the internet sites identified above and/or on the Exhibit.

21   ///

22   ///

23   ///

24   ///

25   ///

26

27   [2] American Bullion accused Regal last year of having fake client testimonials and
     contacted TrustLink to take them down. At first they got 55 removed, but after
28   Regal verified the testimonials TrustLink put them back up.

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

30238-00002/2224034.3

1      I declare under penalty of perjury of the laws of the United States of America

2  and the State of California that the foregoing is true and correct.

3      Executed this 4th day of August, 2014 at Los Angeles, California.

7  Tyler Gallagher

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

30

DECLARATON OF TYLER GALLAGER IN
OPPOSITION TO MPI